1   ALI ABTAHI (State Bar No. 224688)
        aabtahi@abtahilaw.com
2   IDENE SAAM (State Bar No. 258741)
        isaam@abtahilaw.com
3   **ABTAHI LAW FIRM**
    1012 Torney Avenue
4   San Francisco, CA 94129
    Tel: (415) 639-9800
5   Fax: (415) 639-9801

6

7   Attorneys for Plaintiff and the Class

8

9                  UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                                            **SACV13-01972 DOC (ANx)**

12  LYNN PETERSON,                       )   Case No.:
    individually and on behalf of all others )
    similarly situated,                   )   **CLASS ACTION COMPLAINT**
13                                            )
                                              )
14          Plaintiff,                     )   (1) Consumer Legal Remedies Act
                                              )       (Civil Code section 1750 et seq.);
15          vs.                            )
                                              )   (2) False Advertising Law (Business
16  MAZDA MOTOR OF AMERICA,           )       and Professions Code section
    INC.,                                  )       17500);
17                                            )
            Defendant.                    )   (3) Unfair Competition Law
18                                            )       (Business and Professions Code
    _____        section 17200);
19
                                              (4) Song-Beverly Consumer Warranty
20                                                Act (Civil Code section 1790);

21                                            (5) Breach of Express Warranty;

22                                            (6) Breach of Implied Warranty;

23                                            (7) Concealment; and

24                                            (8) Declaratory Relief.

25                                            **DEMAND FOR JURY TRIAL**

26

27

28

_____
CLASS ACTION COMPLAINT

# **TABLE OF CONTENTS**

I.  INTRODUCTION ........................................................................................... 1

II.  JURISDICTION AND VENUE ................................................................... 2

    A.  Jurisdiction ........................................................................................ 2

    B.  Venue ................................................................................................. 3

III.  PARTIES ....................................................................................................... 3

    A.  Plaintiff Lynn Peterson ...................................................................... 3

    B.  Defendant Mazda Motor of America, Inc. ........................................ 3

IV.  FACTUAL ALLEGATIONS ........................................................................ 3

    A.  Mazda's Advertising and Marketing Programs Falsely Represent
        that New Mazda Vehicles Will be Free From Defects ......................... 3

    B.  Mazda's Vehicles Commonly Feature a Defective VVT Assembly ....... 7

    C.  Mazda's Knowledge Regarding Defects in its VVT Assembly ............. 9

        1.  Mazda Has Had Actual Knowledge About Defects in the
            VVT Assembly of Defective Vehicles Since at Least 2007 ........... 9

        2.  Mazda Has Received Multiple Consumer Complaints
            Regarding Defects in the VVT Assembly and the Unexpected
            Engine Failure ............................................................................. 11

    D.  Mazda Fraudulently Concealed Material Facts About Defects in
        the VVT Assembly ................................................................................. 13

    E.  Mazda Belatedly Initiates a Sham "Special Service Program" for
        Owners
        of Defective Vehicles ........................................................................... 14

        1.  Mazda, through its "Special Service Program," Continues to
            Mislead Owners of Defective Vehicles About the Source of
            the VVT Defect ............................................................................. 15

        2.  Mazda's Has Unfairly Excluded Many Vehicles From its
            "Special Service Program." ........................................................ 16

        3.  Mazda's "Special Service Program" Imposes Sham Warranty
            Requirements that Were Not required Under the Original
            Powertrain Warranty and its Powertrain Warranty Extension
            Program ........................................................................................ 16

    F.  A Failed VVT Assembly Results in Substantial Economic Harm
        and Creates a Safety Risk to Owners of Defective Vehicles ............... 17

G.   Plaintiff and Class Members Did Not Know, Nor Could They Have Reasonably Known, About Mazda's Misconduct ....................... 18

H.   Plaintiff Lynn Peterson's Experience ..................................... 19

V.   CLASS ACTION ALLEGATIONS ................................................. 20

A.   The Proposed Class Satisfies Rule 23(a) ............................... 20

1.   Numerosity and Ascertainability .................................. 20

2.   Predominance of Common Issues ................................. 20

3.   Typicality ....................................................... 21

4.   Adequacy ...................................................... 21

B.   The Proposed Class Satisfies Rule 23(b) ............................... 21

VI.   CAUSES OF ACTION ................................................. 22

VII.   PRAYER FOR RELIEF ................................................. 38

## I.    **INTRODUCTION**

1.    This action is brought to remedy unfair and unlawful practices by Defendant Mazda Motor of America, Inc. ("Mazda") in assembling, manufacturing, marketing, and warranting Mazda vehicles utilizing an engine equipped with a defective continuous variable valve timing ("VVT") assembly.[1] As discussed herein, as part of the purchase and leasing process, Mazda has consistently advertised and warranted that new Mazda vehicles will be free from defects.

2.    Contrary to Mazda's advertisements and warranties, Mazda's application of VVT technology in its engines is a failure in one critical respect: the Mazda VVT assembly is defective and has a propensity to fail prematurely. The defective Mazda vehicles at issue (defined further below and referred to as "Defective Vehicles") suffer from a defect that causes the engine's timing chain to loosen or detach. Consequences of this defect include partial and total failure of the engine. Although this defect is covered under Mazda's powertrain warranty, Mazda fails to repair the defect under warranty.

3.    Mazda has had actual knowledge about the VVT assembly defect since at least 2007. Unfortunately, as part of the purchase process, Mazda has

---

[1] Application of continuous VVT technology in an internal combustion engine for automotive use was first patented in the United States by engineers with the Italian automaker Fiat. *See* U.S. Patent 3,641,988, issued February 15, 1972. General Motors patented a version of VVT in 1975. The Italian automaker Alfa Romeo introduced VVT to the American market in its 1980 Spider 2.0 model. By the early 1990's, most major automobile manufacturers implemented VVT through one means or another.

VVT technology is desirable in an automobile engine because it can provide increased control over the combustion process compared to engines not equipped with the technology. Most modern VVT systems use a cam phaser that rotates the position of each camshaft relative to the timing chain. The cam phaser has two basic components: an outer sprocket connected to the timing chain and an inner rotor (connected to the camshaft) that varies the valve timing by adjusting the rotation angle of the cam. This inner rotor consists of a set of lobes, and oil fills the space between the outer housing and the lobes. Left alone, the rotor will simply spin at the same rate as the outer housing. If oil is added to one side of the lobe and removed from the other, the rotor moves, which in turn rotates the camshaft and results in variable valve timing.

concealed material facts regarding the defect from purchasers and lessors of vehicles equipped with a defective VVT assembly.

4.     When owners of Defective Vehicles present their vehicles for repair or replacement of the Mazda VVT System and resulting engine damage, Mazda's practice is to deny warranty claims by alleging that the owners failed to provide proof satisfactory to Mazda of engine oil changes at a frequency satisfactory to Mazda, or by applying Mazda's subjective interpretation of engine condition and presumed inadequate maintenance at the time that warranty service is sought.

5.     Mazda's fraudulent and unlawful conduct has resulted in substantial harm to Plaintiff and the Class.  As a result of the defect, Plaintiff and the Class have not received the economic benefit of their bargain, overpaid for their vehicles and/or made lease payments that were too high, and suffered further damages by incurring out-of-pocket costs associated with repairing the VVT assembly defect in their vehicles.  Plaintiff and the Class are entitled to relief, including declaratory and injunctive relief, compensatory damages, and punitive damages to deter future misconduct.

## II.     JURISDICTION AND VENUE

### A.     Jurisdiction

6.     This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), because at least one class member is of diverse citizenship from one Defendant, there are more than 100 class members nationwide, the aggregate amount in controversy exceeds $5,000,000, and minimal diversity exists.

7.     This Court has personal jurisdiction over Mazda because it does business in California and has purposefully availed itself of the privilege of conducting business activities within the State of California.  Mazda has sufficient minimum contacts with California so as to render the exercise of jurisdiction consistent with traditional notions of fair play and substantial justice.  Mazda is

CLASS ACTION COMPLAINT

headquartered in and registered to conduct business in California, and it has sufficient minimum contacts in California and otherwise avails itself of markets within California through the promotion, sale, marketing, and distribution of its vehicles to render the exercise of jurisdiction by this Court proper and necessary.

**B.    Venue**

8.    Venue is proper in the Central District under 28 U.S.C. 1391(b)(1), because Mazda resides in the Central District. Venue is also proper in the Central District under 28 U.S.C. 1391(b)(2), because a substantial part of the events or omissions giving rise to the claims occurred and/or emanated from this District, and Mazda has caused harm to class members residing in this District.

**III.   PARTIES**

**A.    Plaintiff Lynn Peterson**

9.    Plaintiff Lynn Peterson is a resident of Westlake Village, California. At all relevant times, Ms. Peterson purchased a 2008 Mazda CX7 vehicle equipped with a Mazda VVT assembly and suffered financial loss resulting from defects in the Defective Vehicle's VVT assembly.

**B.    Defendant Mazda Motor of America, Inc.**

10.   Defendant Mazda Motor of America, Inc. ("Defendant" or "Mazda") is a corporation organized and existing according to the laws of the State of California.  At all times relevant hereto, Defendant was in the business of promoting, marketing, manufacturing, and distributing the Defective Vehicles. At all times relevant, Mazda developed, manufactured, and sold the Defective Vehicles in interstate commerce.

**IV.   FACTUAL ALLEGATIONS**

**A.    Mazda's Advertising and Marketing Programs Falsely Represent that New Mazda Vehicles Will be Free From Defects.**

11.   As part of its marketing and advertising program, Mazda has consistently marketed its vehicles as coming with a warranty that provides

coverage in the event that a repair is needed in the first few years after a new vehicle's purchase. As part of its bumper-to-bumper and powertrain warranties, Mazda has consistently represented that "new Mazda cars and trucks will be free of defects" during specified warranty periods.

12.     Mazda's representations that "new Mazda cars and trucks will be free of defects" were made on Mazda's website, which Mazda made available to the general public.  In addition, as part of the purchase and lease process, Mazda provides a manufacturers' warranty booklet that similarly warrants that new Mazda cars and trucks will be free from defects. Examples of such representations follow.

13.     Upon information and belief, Mazda utilized common representations in its warranty booklets, sold with all Defective Vehicles, that the vehicles were free of defects.  Plaintiff's 2008 Warranty Information, for example, states that her Mazda vehicle is free from defects in material and workmanship.  Ex. A.

14.     With respect to model year 2006 to 2008 vehicles, Mazda's website advertising uniformly represented:

> Every new Mazda comes with a comprehensive warranty
> that provides coverage in the unlikely event a repair is
> needed in the first years after your vehicle's purchase.
> Please check your warranty information booklet for your
> specific vehicle's warranty information. We'll be right
> there with you all the time, wherever you go by providing
> warranty coverage and roadside assistance so that the
> total enjoyment of driving a Mazda never stops.

> **2007 and 2008 Vehicles:**

> BUMPER-TO-BUMPER

> Mazda warrants that *new 2007 and 2008 Mazda cars
> and trucks will be free of defects* with normal use and
> prescribed maintenance for 36 months or 36,000 miles,
> which ever comes first. Ordinary maintenance items or
> adjustments, parts subject to normal wear and
> replacement and certain other items are excluded. This
> transferable "limited warranty" is included on all new
> Mazda vehicles sold and serviced in the United States.

POWERTRAIN LIMITED WARRANTY

Mazda warrants that *the Powertrain Components of new 2007 and 2008 Mazda cars and trucks will be free of defects* with normal use and prescribed maintenance for 60 months or 60,000 miles, which ever comes first. Ordinary maintenance items or adjustments, parts subject to normal wear and replacement and certain other items are excluded. This "limited warranty" is transferable during the warranty period on all new Mazda vehicles sold and serviced in the United States.

Complement the limited warranty on your new vehicle with the Mazda Extended Protection Plan, the only service agreement backed by Mazda. See your Mazda dealer for details.

**2006 Vehicles:**

BUMPER-TO-BUMPER

Mazda warrants that *new 2006 Mazda cars and trucks will be free of defects* with normal use and prescribed maintenance for 48 months or 50,000 miles, which ever comes first. Ordinary maintenance items or adjustments, parts subject to normal wear and replacement and certain other items are excluded. This transferable "limited warranty" is included on all new Mazda vehicles sold and serviced in the United States.

Complement the limited warranty on your new vehicle with the Mazda Extended Protection Plan, the only service agreement backed by Mazda. See your Mazda dealer for details.

Ex. B; emphasis added.

15.    With respect to model year 2009 vehicles, the advertising on Mazda's website uniformly represented:

Every new Mazda comes with a comprehensive limited warranty that provides coverage in the unlikely event a repair is needed in the first years after your vehicle's purchase. We'll be right there with you all the time, wherever you go by providing warranty coverage and roadside assistance so that the total enjoyment of driving a Mazda never stops.

...

**BUMPER-TO-BUMPER LIMITED WARRANTY**

Mazda warrants *that new Mazda cars and trucks will be free of defects* with normal use and prescribed

maintenance for 36 months or 36,000 miles, whichever comes first. Ordinary maintenance items or adjustments, parts subject to normal wear and replacement and certain other items are excluded. This transferable "limited warranty" is included on all new Mazda vehicles sold and serviced in the United States.

### POWERTRAIN LIMITED WARRANTY

Mazda warrants that *the Powertrain Components of new Mazda cars and trucks will be free of defects* with normal use and prescribed maintenance for 60 months or 60,000 miles, whichever comes first. Ordinary maintenance items or adjustments, parts subject to normal wear and replacement and certain other items are excluded. This "limited warranty" is transferable during the warranty period on all new Mazda vehicles sold and serviced in the United States.

Ex. C; emphasis added.

16. With respect to model year 2010 vehicles, the advertising on Mazda's website uniformly represented:

Every new Mazda comes with a limited warranty that provides coverage in the unlikely event a repair is needed in the first years of ownership. . . . Keep in mind, Mazda warranty coverage is based on the following recommended factory maintenance - - a convenient way to store your service records is in the MyMazda Service History Pages. It's easy to complete and a good way to manage your service history.

. . .

### BUMPER-TO-BUMPER LIMITED WARRANTY

Mazda warrants that *new Mazda cars and trucks will be free of defects* with normal use and prescribed maintenance for 36 months or 36,000 miles, whichever comes first. Ordinary maintenance items or adjustments, parts subject to normal wear and replacement and certain other items are excluded. This transferable "limited warranty" is included on all new Mazda vehicles sold and serviced in the United States.

### POWERTRAIN LIMITED WARRANTY

Mazda warrants that *the Powertrain Components of new Mazda cars and trucks will be free of defects* with normal use and prescribed maintenance for 60 months or 60,000 miles, whichever comes first. Ordinary maintenance items, adjustments, parts subject to normal wear and certain other items are excluded. This "limited

warranty" is transferable during the warranty period on all new Mazda vehicles sold and serviced in the United States.

Ex. D; emphasis added.

17.     Mazda made the foregoing representations with the intent of generating trust in the Mazda brand and inducing customers into purchasing or leasing Mazda vehicles. Mazda knew that the purchasers and lessors of Defective Vehicles expected that such vehicles would be free of defects, and consumers would purchase or lease vehicles without assurance that the vehicles would be free from defects. Purchasers of Mazda vehicles, including Plaintiff and class members, purchase their vehicles trusting and relying on Mazda that they would be free of defects during the warranty period, and Mazda would in fact repair any defect that existed during the warranty period. Mazda's statements were intended to and did cause consumers to purchase or lease Mazda vehicles, including the Defective Vehicles at issue herein.

18.     Mazda's representations were deceptive and likely to mislead consumers.  Despite Mazda's proclamations that "new Mazda cars and trucks will be free of defects," Mazda vehicles at issue in this Complaint featured a defective VVT assembly. Such vehicles were defective with normal use and maintenance during the warranty period. As discussed below, Mazda has known since at least 2007 that the VVT assemblies in these vehicles were defective.

**B.      Mazda's Vehicles Commonly Feature a Defective VVT Assembly.**

19.     From 2001 to the present, Mazda offered VVT-equipped engines in various vehicles ranging from roadsters to sport utility vehicles. This VVT assembly is, in part, comprised of the following components: (a) a variable valve timing actuator; (b) a variable valve timing rotor lock pin; (c) a stopper pin cap; (d) a spring; and (e) a chain. The Mazda VVT assembly and related service literature were designed, tested, produced, made, constructed, labeled, and sold by Mazda.

20.     Mazda marketed its VVT engine by noting that the key objective of the engine is to achieve "more torque, horsepower and smoothness, while delivering improved fuel economy, lower emissions and minimal maintenance requirements." Mazda described the Mazda VVT assembly supplied with Defective Vehicles as providing "linear power delivery, exceptional fuel economy and low emissions, together with exemplary smoothness and class-leading performance and drivability."

21.     The engines equipped on certain 2003, 2004, 2005, 2006, 2007, 2008, 2009 and 2010 Mazda vehicles suffer from a defect that causes the engine's timing chain to loosen or to detach. Consequences of this defect include partial and total failure of the engine, which creates a safety risk for drivers and occupants of Defective Vehicles. Although this defect is covered under Mazda's powertrain warranty, Mazda fails to repair the defect under warranty.

22.     These Defective Vehicles are comprised of Mazda's "L-series" engines: 2.0L (LF), 2.3L (L3), and Turbo (L3T) (the "Defective Engines"). As used in this Complaint, "Defective Vehicles" refers to the following vehicles manufactured by Mazda and equipped with a Defective Engine:

| Model Name | Production Date |
| --- | --- |
| Mazda CX-7 | February 14, 2006 through February 26, 2010 |
| Mazdaspeed 3 | June 28, 2006 through February 27, 2010 |
| Mazdaspeed 6 | August 4, 2005 through June 30, 2007 |
| Mazda6 (2.3L) | From 2003 to 2008 |
| Mazda3 | 2004 to December 1, 2007 |
| Mazda5 | 2006 through December 1, 2007 |
| MX-5 | 2006 to December 1, 2007 |

23.     The Defective Vehicles commonly incorporated VVT technology. The continuous VVT technology as implemented by Mazda suffers from a defect that causes mechanical failure of the VVT assembly.

24.     Mazda's application of VVT technology in its engines is a failure in at least one critical respect: the Mazda VVT assembly has a propensity to fail prematurely. Instances have been reported of Mazda VVT assembly failure on vehicles with as little as one year in service and as low as 20,000 miles.

25.     The Mazda VVT assembly was defective at the initial point of sale in that it causes engine failure, leading to vehicle inoperability, both during the stated duration of the express warranties and the expected useful life of the Mazda VVT assembly itself. Although this defect is covered under Mazda's powertrain warranty, Mazda has concealed the defect and its obligation to repair the defect from owners of Defective Vehicles during the warranty period.

**C.     Mazda's Knowledge Regarding Defects in its VVT Assembly.**

**1.     Mazda Has Had Actual Knowledge About Defects in the VVT Assembly of Defective Vehicles Since at Least 2007.**

26.     Upon information and belief, Mazda realized that its implementation of Mazda VVT technology in the Defective Engines contained a serious defect at least as early as 2007, when Mazda issued to its authorized dealers its Technical Service Bulletin ("TSB") 01-043/07 dated November 29, 2007.[2] This TSB states:

> When the engine is started, some vehicles may exhibit a loud ticking noise from the variable valve timing actuator at first start for a couple of seconds. This is caused by the lock pin of the variable valve timing actuator not fully engaging. Heat treatment has now been added around the hole of the variable valve timing rotor lock pin to prevent this from happening.

---

[2]     The TSB issued by Mazda in November 2007 demonstrates Mazda's knowledge of the Mazda VVT assembly defect as of that date; discovery may push that date substantially earlier. Notwithstanding its awareness of the defect, Mazda continued to market, sell, defectively repair, and warranty vehicles suffering from the Mazda VVT assembly defect.

27.   Upon information and belief, TSB 01-043/07 applied to only three models of Mazda cars: the 2006-2007 Mazdaspeed6, 2007 Mazdaspeed3, and the 2007 CX-7, all with manufacture dates before April 1, 2007.

28.   Mazda determined that its Mazda VVT assembly problems were caused, at least in part, by what Mazda considered to be inadequate or improper hardening of the VVT assembly components at the time of their manufacture by Mazda.

29.   Mazda made several attempts to engineer a remedy for a defective Mazda VVT assembly. Mazda's efforts failed. Examples of these efforts are Mazda's release of at least four different iterations of the VVT Actuator Gear for non-turbocharged engines:

      a.   LF94-12-4X0 VVT Actuator Gear: original until 19 September 2005 production.

      b.   LF94-12-4X0A VVT Actuator Gear: from 19 September 2005 to 1 December 2007 production.

      c.   LF94-12-4X0B VVT Actuator Gear: from 1 December 2007 to 1 March 2010 production.

      d.   LF94-12-4X0C VVT Actuator Gear: from 1 March 2010 production to present.

30.   The November 2007 TSB was superseded by replacement TSB 01-002/08 dated January 16, 2008, which instructed authorized dealers to replace additional parts related to the Mazda VVT assembly and to use new repair procedures.

31.   Upon information and belief, TSB 01-028/10, dated August 20, 2010, expanded the reach of the entire series of VVT Technical Service Bulletins to the other Mazda models that use a non-turbocharged engine, thus significantly enlarging the number of vehicles Mazda determined to be equipped with a defective VVT assembly.

32.   Mazda updated the November 2007 Technical Service Bulletin relating to VVT at least seven times from when it was first issued, to the most

recent, dated February 23, 2011(TSB 01-010/11), with the various iterations calling for additional parts replacement, new repair procedures, and expansion of the models and years of production to which the TSB applies.

        **2.    Mazda Has Received Multiple Consumer Complaints Regarding Defects in the VVT Assembly and the Unexpected Engine Failure.**

33.    Owners of Defective Vehicles have reported unexpected catastrophic engine failures arising out of the Mazda VVT assembly defect. Exemplars of consumer complaints are as follows:

a.    Complete engine failure without warning while traveling 70 mph down 40 East Xmas eve evening. I prayed my child and I wouldn't end up dead while trying to cut across two lanes to get off the road in my vehicle without engine power. *TR

NHTSA ID Number 10374877, incident December 24, 2010 (CX-7).

b.    End of summer service, I complained about a smell coming from the engine like burned breaks the technician told me it was nothing major and that they will monitor it on the next service call. I took it for service on mid December and they serviced the transmission, oil change and no mention of major problems. On December 31st on my way to Silverthorne from Denver the engine stopped running on a steep hill shutting down power steering and breaks, I was able to stop the car and tow the car back to Denver, I was just informed that my three year old car needs a new engine worth $7,200 VVT actuator and timing chain were shot and the engine is dead. I took this car to the dealership for service regularly and nothing was mentioned. I have done research and there are hundreds of people with the same problem, please what can you do? I only have 93k miles and the car is three years old. *TR

NHTSA ID Number 10374671, incident December 31, 2010 (CX-7).

c.    My wife's 2007 CX7 was in a parking lot. My wife started it up, came to a stop sign and the car died without warning. It had 65,000 miles on it (5000 over the warranty) and wasn't even 3 years old. We had always gotten regular oil changes and had just had one the week before. We had it towed to the nearest Mazda dealer. The first time I talked to a service tech he mentioned the timing chain breaking. Later, they explained it as a valve (variable valve timing actuator?) failing and causing oil chain failure (jumping the gearing). My bill ($7500 - new engine) only states internal parts failure. They tried to

CLASS ACTION COMPLAINT

11

indicate the oil was dirty even thought the oil was changed less than a week prior. After reading through many CX7 forums online it seems they were trying to build a case for engine sludge to cover themselves...

NHTSA ID Number 10373063, incident September 15, 2010.

d.   TL* The contact owns a 2007 Mazda CX-7. While traveling 60 mph the contact noticed that the check engine light had appeared on the dashboard, seconds later the contact noticed that the vehicle had suddenly shut off without warning. The vehicle was taken to the dealership where the contact had the engine replaced due to the timing chain breaking. There were no prior warnings. The current mileage was 61000 and the failure mileage was 58000.

NHTSA ID Number 10355828, incident June 27, 2010.

e.   2007 Mazda CX7 - Turbo broke while driving causing tremendous squealing sound and loss of power. Able to drive home and had towed to Mazda dealership. Service mgr called me saying they checked car over and could not find anything wrong with it and asked if I wanted an oil change. I said go ahead with an oil change but there is definitely something wrong with car and to check again. Mgr called back later saying a screw in the turbo had come loose, turbo was broken, I needed a whole new engine and it would cost $9,000. Car had 34,000 miles and still under warranty. I fax'd copies of oil change receipts. Mazda North America denied warranty claim saying my oil receipts were unverifiable. MNA told me they would not verify my receipts. They claimed there was "sludge" and that caused it to break and I hadn't taken care of it. It was a leased vehicle with only 3 months left to pay. Had just started a new job after being unemployed and had to rent a car costing $650 and then go buy a Kia causing extreme financial & emotional duress. I told the serv mgr that I could have been killed and found out these cars were engineered incorrectly causing them to get too hot causing "sludge", that I knew he knew about the issue because a service bulletin had been released Jan 08 stating the exact problem, and Mazda was trying to avoid a recall. He stated that it was "Mazda North America", and not him and if it were up to him he would fix the car under warranty. I told him I was under extreme duress and that Mazda should do the right thing and fix the car. They refused so had to leave the car at the dealership, and walk away. Now Mazda says I owe them $5,000. Filed complaints with BBB and Attorney General. It is an outrage that so many Mazda CX7 owners have had same nightmare and Mazda does not care about the safety of it's customers. Please help us. *TR

1    NHTSA ID Number 10422774, incident June 10, 2010.

2         f.   Driving the car on the turnpike and heard what sounded
              like a blowout. Immediately pulled car to the side of the
3              road. Noticed the engine was not running. Attempted to
              restart, but made noise and would not start. Called
4              husband, who arrived and said the engine had come
              apart. There were physical pieces of the engine block up
5              to the size of a golf ball in the skid plate under the
              engine, as well as oil underneath the car and on the road.
6              We had received a letter from Mazda a few weeks earlier
              indicating a problem with the seals in the turbo and a stop
7              pin in the variable valve timing (VVT) and if the vehicle
              exhibited any of the symptoms to bring it to the dealer for
8              evaluation and repair, up to 7 years/70k miles. Called
              dealer and Mazda HQ next morning. Mazda customer
9              relations acted if they were interested in the root cause
              and reason for failure, especially since it was 1k miles
10             out of the coverage period. Mazda paid for tow to dealer,
              but once there Mazda customer relations wanted me to
11             pay for the engine teardown and began to dance around
              the warranty extension for the VVT problem informing
12             me that Mazda is rigid on the 7yrs/70k miles. I
              questioned Mazda on the discussion the previous day
13             regarding the post-mortem teardown and analysis, where
              I was given the impression Mazda would take care of the
14             tow and the teardown to determine root cause of the
              failure and then the claim would be evaluated from there.
15             Mazda did a complete turn around and would not honor
              their initial word, now informing me I would be
16             financially responsible for any work performed on the
              car. *TR
17
    NHTSA ID Number 10460013, incident April 25, 2012 (Mazdaspeed6).
18
         **D.    Mazda Fraudulently Concealed Material Facts About Defects in
19              the VVT Assembly.**

20    34.    Despite Mazda being aware of the Mazda VVT assembly defect and

21    devising its first repair procedure in 2007, Mazda did not warn owners of

22    Defective Vehicles of the defect. Instead, Mazda restricted dissemination of this

23    knowledge to its authorized dealer service departments. Furthermore, the terms of

24    each of the Technical Service Bulletins instructed Mazda service personnel that

25    they could perform diagnosis and repairs of defective Mazda VVT assemblies only

26    if the problem is brought to the dealer's attention through "verified customer

27    complaints on vehicles eligible for warranty repair." Mazda thus put the burden on

28    owners to diagnose when a Mazda VVT assembly failure occurred, and further

CLASS ACTION COMPLAINT

1   made it incumbent on the owner to bring the vehicle to a Mazda dealer, while at

2   the same time withholding from owners the very information required to diagnose

3   a Mazda VVT assembly failure.

4       35.    As discussed above, in January 2008, Mazda issued TSB 01-002/08,

5   which instructed authorized dealers to replace additional parts related to the Mazda

6   VVT assembly and to use new repair procedures.  However, owners of Defective

7   Vehicles who made a verified complaint of engine noise, or who suffered VVT

8   failure and whose vehicles were repaired by Mazda pursuant to TSB 01-043/07,

9   were not told by Mazda that their vehicles had been repaired with inadequate parts

10  and repair procedures. To this date, Mazda has not advised owners of repaired

11  Defective Vehicles that their vehicles contain parts deemed inadequate by Mazda,

12  and/or that the repair procedures for those vehicles were flawed.

13      36.    Mazda knew of and concealed the VVT assembly defect that is

14  present in every Defective Vehicle, along with the associated repair costs, from

15  Plaintiff and the Class, both at the time of sale and repair and continuing thereafter.

16  Mazda had a rational reason for not sharing with owners Mazda's knowledge of

17  the VVT defect: repair of the defect is expensive. Upon information and belief, the

18  first TSB from November 2007 (01-043/07), provides that the most basic repair --

19  when a VVT failure has not yet caused any collateral damage to the engine -- costs

20  hundreds of dollars in parts and consumes more than three hours of service

21  technician time. Some Defective Vehicles have suffered multiple VVT failures.

22      **E.    Mazda Belatedly Initiates a Sham "Special Service Program" for
        Owners of Defective Vehicles**

23

24      37.    More than four years after issuing its first TSB on the VVT defect,

25  Mazda finally advised owners of the existence of the defect. Mazda's form of

26  notice, however, was calculated to minimize the number of vehicles that would be

27  returned to Mazda for repair.

28

CLASS ACTION COMPLAINT

38.   By letter dated January 2012, Mazda sent a letter to the last known addresses of certain vehicle owners, advising the owners that Mazda "decided to conduct a Special Service Program ("SSP") to extend the warranty coverage for the specific repair of variable valve timing (VVT) noise and/or timing chain noise concern" on certain vehicles equipped with the L3T engine. The SSP simply extends Mazda's existing powertrain warranty coverage for the VVT assembly by one year or 10,000 miles, whichever comes first.[3]

### 1.   Mazda, through its "Special Service Program," Continues to Mislead Owners of Defective Vehicles About the Source of the VVT Defect.

39.   Mazda's letter advises owners that a "loud ticking noise may be exhibited from the VVT when the engine is first started at cold condition." Mazda refers to the defect condition as a "noise concern" when in fact the "noise" is caused by the manifest defect. Appearance of the "noise concern" means that engine failure is imminent.

40.   The letter does not recommend all owners deliver their vehicles to a Mazda dealer for inspection. If an owner does believe their vehicle emits a "loud ticking noise," the letter does not warn the owner to cease driving the vehicle.

41.   Instead, the letter calmly proposes "an appointment with a Mazda dealer." Mazda's letter thus seeks to dispel any sense of urgency when, in fact, a vehicle demonstrating a "loud ticking noise" means that the vehicle has suffered a Mazda VVT assembly failure and the likelihood of catastrophic engine failure is dramatically increased.

---

[3]      Mazda provides a powertrain warranty with the Defective Vehicles. For example, the warranty terms for some Defective Vehicles state "Mazda warrants that the Powertrain Components of new Mazda cars and trucks will be free of defects with normal use and prescribed maintenance for 60 months or 60,000 miles, whichever comes first. Ordinary maintenance items, adjustments, parts subject to normal wear and certain other items are excluded." At no time did Mazda state that the Mazda VVT assembly is a part excluded from warranty as being "subject to normal wear" or that the Mazda VVT assembly is one of "certain other items" that are excluded from the warranty.

CLASS ACTION COMPLAINT

42.     Mazda's misleading description of the VVT defect as a "noise concern" is part of Mazda's policy of denying repairs to owners of Defective Vehicles. Mazda's intent is that owners will delay presenting their vehicle for repairs until after the purported conclusion of the warranty period. When owners of Defective Vehicles do present their vehicles for repairs, Mazda then finds ways to deny repairs through exclusions and sham warranty requirements.

### 2.     Mazda's Has Unfairly Excluded Many Vehicles From its "Special Service Program."

43.     The SSP excludes Defective Vehicles from coverage. The following Defective vehicles are excluded under the SSP:

- Mazda6 (2.3L) (2003 to 2008);
- Mazda3          (2004 to 2008; vehicles with VINs lower than JM1BK******864673 produced before December 1, 2007);

- Mazda5          (2006 to 2008; vehicles with VINs lower than JM1CR******306808 produced before December 1, 2007); and
- MX-5            (2006 to 2008; vehicles with VINs lower than JM1NC******146287 produced before December 1, 2007).

44.     Vehicles with more than seven years of service or 70,000 miles were excluded from the SSP. Mazda does not explain why a defective Mazda VVT assembly is warrantable at less than 70,000 miles or seven years of service, but is not warrantable thereafter.

### 3.     Mazda's "Special Service Program" Imposes Sham Warranty Requirements that Were Not required Under the Original Powertrain Warranty and its Powertrain Warranty Extension Program.

45.     The letter states that the warranty extension "does not apply if the problem is caused by poor vehicle maintenance (insufficient oil changes or using engine oil of viscosity lower than 5W-30). In practice, Mazda relies on this

warranty condition as a pretext to deny warranty benefits to owners with a defective Mazda VVT assembly.

46.     Owners of vehicles that are within the scope of the SSP and are not excluded under the SSP due to vehicle age or mileage must establish to the satisfaction of Mazda that the vehicle had been "properly maintained" -- a subjective decision made by Mazda personnel. Mazda's judgment of "properly maintained" is not impartial. Owners unable to provide complete documentation of oil changes to Mazda's satisfaction are routinely denied warranty benefits. Because of these and other restrictions imposed on Mazda's original Powertrain Warranty and its Powertrain Warranty Extension Program, many owners continue to shoulder the cost to repair the defective Mazda VVT assembly.

47.     In the Owners Manual and Warranty supplied to owners of Defective Vehicles, Mazda does not state that warranty coverage will be denied by Mazda if owners cause oil changes to be done by anyone other than an authorized Mazda dealer, or if owners fail to compile and retain independent written proof of oil changes to Mazda's satisfaction.

48.     At no time has Mazda offered to replace all defectively manufactured Mazda VVT assemblies exclusive of Mazda-imposed subjective conditions.  At no time has Mazda offered to replace all defectively-repaired Mazda VVT assemblies exclusive of Mazda-imposed subjective conditions.

**F.     A Failed VVT Assembly Results in Substantial Economic Harm and Creates a Safety Risk to Owners of Defective Vehicles.**

49.     A failed Mazda VVT assembly can cause a cascade of destruction throughout the engine. Mazda issued a Service Bulletin dated September 22, 2009 (01-042/09), that set out a checklist of things to check for when replacing a failed Mazda VVT assembly. Mazda service technicians were warned that damage can include the variable valve timing actuator itself (which can crack and shed pieces that eventually lodge in the oil pan or chain area), the timing chain tensioner, the

oil filter body, the oil strainer, the oil pan, the entire cylinder head assembly, and the engine's dual camshafts. A failed Mazda VVT assembly that does not destroy or "total" a Defective Engine can require repairs costing in excess of $3,000.

50.    A failed Mazda VVT assembly will cause the timing chain to stretch and even to break. Timing chain damage can lead to catastrophic, permanent failure of the engine. In these instances, Mazda's repair procedure is to remove the entire engine and replace with a new engine. Mazda dealerships have charged class members in excess of $8,000 to replace engines damaged by failure of the Mazda VVT assembly.

51.    In addition, a failed Mazda VVT assembly creates a great safety risk for owners, drivers, and occupants of Defective Vehicles. A failed VVT assembly can result in engine failure while the vehicle is in operation, at any time, and under any driving condition.

### G.    Plaintiff and Class Members Did Not Know, Nor Could They Have Reasonably Known, About Mazda's Misconduct.

52.    Plaintiff and the Class had neither actual nor constructive knowledge of the facts supporting their claims for relief despite due diligence in trying to discover the pertinent facts.

53.    Moreover, by its very nature, Mazda's alleged misconduct was self-concealing. The VVT assembly defect is a latent design defect that is unnoticeable until there is a physical manifestation consisting of engine noise and engine failure. Mazda's knowledge, internal engineering testing, and internal communications regarding the VVT assembly defect are not public information, making it impossible for Plaintiff and the Class to ascertain the existence of the defect until there is a physical manifestation of the defect.

54.    Moreover, as discussed above, Mazda engaged in concealment and failed to disclose to facts that would put Plaintiff and the Class on inquiry notice regarding the VVT assembly defect in Defective Vehicles. As a result of the self-

concealing nature of the Defendant's activities, no person of ordinary ability or intelligence would have discovered, or with reasonable diligence, could have discovered the latent defect in Defective Vehicles until after the physical manifestation of the defect.

### H.    Plaintiff Lynn Peterson's Experience

55.    Plaintiff Lynn Peterson is a resident of Westlake Village, California. At all relevant times, Ms. Peterson purchased a 2008 Mazda CX-7 vehicle equipped with a Mazda VVT assembly and suffered financial loss resulting from defects in the VVT assembly.  Specifically, in the timeframe of approximately March 2012, Plaintiff's vehicle suffered a VVT failure that cost in excess of one thousand dollars to repair.  Plaintiff did not know, until approximately March 2012, that the VVT assembly was defective, despite her exercise of reasonable care and diligence in the maintenance and use of her vehicle.

56.    At the time of purchase, Mazda's authorized representative concealed facts regarding the latent defect in the VVT assembly of Ms. Peterson's Defective Vehicle. Had Plaintiff at the time of purchase known about the Mazda VVT assembly defect present in the Defective Vehicles and/or the monetary costs associated with repairing the defect, she would not have purchased the Defective Vehicles.

57.    As a result of the VVT assembly defect in her vehicle, Ms. Peterson did not receive the economic benefit of her bargain and has suffered damages by incurring out-of-pocket costs associated with repairing the VVT assembly defect in her vehicle.  Upon information and belief, Plaintiff's purchase of replacement parts for the VVT failure from an authorized Mazda dealer, Neftin Westlake Mazda, provided a financial benefit to Defendant.

V.    **CLASS ACTION ALLEGATIONS**

58.    Plaintiff brings this lawsuit as a class action on behalf of herself and all others similarly situated as members of a proposed plaintiff class action. This action satisfies the requirements for class certification under Rule 23.

59.    The proposed Class is initially defined as follows:

> All entities and adult persons domiciled or residing in the fifty (50) states of the United States of America, the District of Columbia, the Commonwealth of Puerto Rico and the United States Territories who purchased and/or leased at least one vehicle manufactured by Mazda with a defective VVT assembly.

60.    Plaintiff may also seek to certify additional subclasses, as the Court would deem appropriate. Excluded from the Class are: (1) employees of Mazda, including their officers and directors; (2) any judge to whom this action is assigned and the judge's immediate family; (3) any owners who have suffered personal injury from Mazda VVT assembly failures; and (4) persons who timely and validly opt to exclude themselves from the Class.

A.    **The Proposed Class Satisfies Rule 23(a).**

1.    **Numerosity and Ascertainability**

61.    Upon information and belief, the Class is comprised of thousands of Mazda purchasers throughout the United States and its territories, thus making joinder impractical.

62.    The Class is composed of an easily ascertainable, self-identifying set of individuals and entities whose identities can be readily determined from records maintained by Defendant and its affiliates.

2.    **Predominance of Common Issues**

63.    There are numerous questions of law and fact common to all Class members, and those questions predominate over any questions that may affect only individual Class members.

64.    The predominant common questions include the following:

a.   Whether Mazda designed, manufactured, and/or marketed a common class of vehicles with a Mazda VVT assembly prone to premature failure;

b.   Whether Mazda conducted, either directly or indirectly, appropriate testing of Mazda VVT-equipped engines;

c.   Whether the Defective Vehicles require a common set of repairs;

d.   Whether Mazda breached warranties to the class;

e.   Whether Mazda falsely and with reckless disregard misrepresented in its advertisements and promotional materials that the Mazda VVT assembly was adequate for use in defective engines of the Mazda vehicle family; and

f.   Whether Mazda fraudulently concealed from the Plaintiffs and class members the Mazda VVT assembly defect.

**3.   Typicality**

65.   Plaintiff's claims are typical of the claims of the Class. Plaintiff and the Class were subjected to the same kind of unlawful conduct and the claims of Plaintiff and the Class are based on the same legal theories.

**4.   Adequacy**

66.   Plaintiff will fairly and adequately represent and protect the interests of the Class. Plaintiff has retained counsel with substantial experience in prosecuting consumer class actions. Plaintiff and her counsel are committed to vigorously prosecuting this action on behalf of the Class. Neither Plaintiff nor her Counsel has interests adverse to those of the Class.

**B.   The Proposed Class Satisfies Rule 23(b).**

67.   Injunctive relief is appropriate as to the Class as a whole because Defendant has acted or refused to act on grounds generally applicable to the Class.

68.   A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Additionally, questions of law or fact common to class members predominate over questions involving only individual members. Because of the relatively modest economic value of the individual Class members' claims, few would likely seek their rightful legal recourse.

CLASS ACTION COMPLAINT

69.     Without a class action, individual Class members would face burdensome litigation expenses, deterring them from bringing suit or adequately protecting their rights.  A class action will allow Class members whose claims are too small to warrant an individual action to be compensated for their losses.

70.     A class action will conserve judicial resources and promote a fair and consistent resolution of these claims.  Absent a class action, Class members would continue to incur harm without remedy, while Defendant would continue to reap the benefits of its misconduct.

## VI.    CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### (Violations of the Consumer Legal Remedies Act)

### (Cal. Civ. Code § 1750, *et seq.*)

71.     Plaintiff incorporates the foregoing paragraphs by reference as though set forth fully herein.

72.     The Consumer Legal Remedies Act, California Civil Code section 1750 et seq. ("CLRA"), was designed and enacted "to protect consumers against unfair and deceptive business practices and to provide efficient and economical procedures to secure such protection."  Cal. Civil Code § 1760.  To this end, the CLRA sets forth a list of prohibited acts in Civil Code section 1770.

73.     Mazda is a "person," as defined by Civil Code section 1761(c).

74.     Plaintiff and Class members are "consumers," as defined by Cal. Civil Code section 1761(d), who purchased or leased one or more Defective Vehicles.

75.     Mazda warranty services and warranty programs are "services," as defined by Cal. Civil Code section 1761(b).

76.     Plaintiff is a "person," as defined by Cal. Civil Code § 1761(c).

77.     Plaintiff attaches as Exhibit E an affidavit that shows venue in this District is proper, to the extent such an affidavit is required by California Civil Code § 1780(d).

CLASS ACTION COMPLAINT

78.     The CLRA applies to Mazda's actions and conduct described herein because it extends to transactions intended to result or which do result in the sale or lease of goods or services for use primarily for family, personal, or household purposes.

79.     Venue is proper pursuant to Civil Code section 1780(d) because, on information and belief, Mazda is headquartered and resides in Orange County, California.

80.     Mazda participated in unfair or deceptive acts or practices that violated the CLRA, Cal. Civ. Code § 1750, *et seq.*, as described herein. By representing that "new Mazda cars and trucks will be free of defects," Mazda engaged in deceptive business practices prohibited by the CLRA, Cal. Civ. Code § 1750, *et seq.*, including:

      a.    representing that Defective Vehicles have characteristics, uses, benefits, and qualities which they do not have, in violation of Cal. Civil Code § 1770(a)(5);

      b.    representing that Defective Vehicles are of a particular standard, quality, and grade when they are not, in violation of Cal. Civil Code § 1770(a)(7);

      c.    advertising Defective Vehicles with the intent not to sell them as advertised, in violation of Cal. Civil Code § 1770(a)(9);

      d.    representing that a transaction involving Defective Vehicles confers or involves rights, remedies, and obligations which it does not, in violation of Cal. Civil Code § 1770(a)(14); and

      e.    representing that the subject of a transaction involving Defective Vehicles has been supplied in accordance with a previous representation when it has not, in violation of Cal. Civil Code § 1770(a)(16).

81.     By failing to disclose and actively concealing the defects the VVT assembly of Defective Vehicles, Mazda engaged in deceptive business practices prohibited by the CLRA, Cal. Civ. Code § 1750, *et seq.*, including:

    a.    representing that Defective Vehicles have characteristics, uses, benefits, and qualities which they do not have, in violation of Cal. Civil Code § 1770(a)(5);

    b.    representing that Defective Vehicles are of a particular standard, quality, and grade when they are not, in violation of Cal. Civil Code § 1770(a)(7);

    c.    advertising Defective Vehicles with the intent not to sell them as advertised, in violation of Cal. Civil Code § 1770(a)(9);

    d.    representing that a transaction involving Defective Vehicles confers or involves rights, remedies, and obligations which it does not, in violation of Cal. Civil Code § 1770(a)(14); and

    e.    representing that the subject of a transaction involving Defective Vehicles has been supplied in accordance with a previous representation when it has not, in violation of Cal. Civil Code § 1770(a)(16).

82.     Mazda owed Plaintiff a duty to disclose the defective nature of the VVT assembly in Defective Vehicles, because it:

    a.    Possessed exclusive knowledge of the defects rendering Defective Vehicles inherently more unreliable than similar vehicles;

    b.    Intentionally concealed the defects in the VVT assembly of Defective Vehicles through marketing programs, Technical Service Bulletins, and its Special Service Program that Mazda designed to mislead owners of Defective Vehicles about the source and nature of the VVT defect; and/or

c.    Made incomplete representations about the source and nature of the VVT defect, while purposefully withholding material facts from Plaintiff that contradicted these representations.

83.    As alleged above, Mazda made numerous material statements about Defective Vehicles being free from defects that were either false or misleading. Each of these statements contributed to the deceptive context of Mazda's unlawful advertising and representations as a whole.

84.    Mazda knew that the VVT assembly in Defective Vehicles was defectively designed or manufactured, would fail prematurely and without warning, and was not suitable for its intended use. Mazda nevertheless failed to warn Plaintiff and the Class about these defects in the VVT assembly despite having a duty to do so.

85.    Mazda's unfair or deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including Plaintiff, about the true safety and reliability of Defective Vehicles.

86.    As a result of its violations of the CLRA detailed above, Mazda caused actual damage to Plaintiff and putative class members and, if not stopped, will continue to harm them. Plaintiff and putative class members currently own or lease, or within the class period have owned or leased, Defective Vehicles. Plaintiff and the Class risk irreparable injury as a result of Mazda's acts and omissions in violation of the CLRA.  The Technical Service Bulletins and the Special Service Program instated by Mazda have been grossly inadequate and not an effective remedy for Defective Vehicle owners.  Mazda's violations of the CLRA present a continuing threat to Plaintiff, the Class, and members of the public, in that Mazda is continuing to engage in the practices alleged herein, and will not cease until an injunction is issued by this Court. Plaintiff and the Class are entitled to an injunction pursuant to Civil Code § 1780(a)(2).

87.     Plaintiff has provided Mazda with notice and opportunity to cure its violations.  Mazda has refused to do so.  Pursuant to Civil Code § 1780(a)(1), Plaintiff and the Class are entitled to relief against Mazda measured as the greater of (a) actual damages in an amount to be determined at trial; or (b) statutory damages in the amount of $1,000 for each Plaintiff and each member of the Class.

88.     Mazda's conduct was oppressive, fraudulent, and malicious. Mazda's conduct as described herein was despicable because it was carried on by Mazda with a willful and conscious disregard of the rights or safety of others, subjecting Plaintiff and the Class to cruel and unjust hardship as a result. Mazda's conduct as described herein was deceitful and constituted concealment of a material fact known to Mazda, and it was carried out with the intention of thereby depriving Plaintiff and the Class of legal rights or otherwise causing injury Plaintiff and the Class.  Mazda fraudulently concealed material facts about defects in the VVT assembly of Defective Vehicles, and it has continued to mislead owners of defective vehicles about the source and nature of defects in the VVT assembly. Mazda has done so with a profiteering motive and with the goal of avoiding the expense of correcting the defects in the VVT assembly of Defective Vehicles. Pursuant to Civil Code § 1780(a)(4), Plaintiff and the Class are entitled to punitive damages.

89.     Plaintiff and the Class are also entitled to attorney's fees and costs, pursuant to Civil Code § 1780(e).  Plaintiff and the Class are further entitled to any other relief the Court deems proper, pursuant Civil Code § 1780(a)(5).

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## SECOND CAUSE OF ACTION

### (Violations of the False Advertising Law)

### (Cal. Bus. & Prof. Code § 17500, *et seq.*)

90.     Plaintiff incorporates the foregoing paragraphs by reference as though set forth fully herein.

CLASS ACTION COMPLAINT

91.    Business and Professions Code § 17500 ("FAL") provides that "[i]t is unlawful for any person, firm, corporation or association . . . with intent . . . to dispose of real or personal property or to perform services. . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, or by public outcry or proclamation, or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading. . . ."

92.    Mazda has violated and continues to violate the FAL by making or disseminating untrue or misleading statements, or by causing untrue or misleading statements to be made or disseminated in, or from California, with the intent to induce Plaintiff and the Class to enter into transactions for the sale or lease of Defective Vehicles. Mazda has violated the FAL because the misrepresentations and omissions regarding defects in the VVT assembly of Defective Vehicles, as set forth in this Complaint, were material and likely to deceive a reasonable consumer. Mazda's conduct in this regard includes, but is not necessarily limited to, the following:

      a.    Representing that new Mazda cars and trucks will be free of defects with normal use and prescribed maintenance during the warranty period;

      b.    Representing that the Powertrain Components of new Mazda cars and trucks will be free of defects with normal use and prescribed maintenance during the warranty period;  and

      c.    Mazda's omissions and failure to disclose facts regarding the actual defects in the VVT assembly of Defective Vehicles.

93.    Defendant's representations were untruthful and misleading because such statements are likely to deceive members of the general public, including Plaintiff and Class members, into leasing or purchasing new vehicles that were defective during the warranty period.

94.    Plaintiff and the Class have suffered an injury in fact, including the loss of money or property, as a result of Defendant's violation of the FAL. In purchasing or leasing their vehicles, the Plaintiff relied on Mazda's representations regarding new cars being free from defect and Mazda's omissions regarding the actual defects in the VVT assembly of Defective Vehicles. Mazda's representations turned out to be untrue or misleading because the VVT assembly in Mazda's Defective Vehicles, including Plaintiff's vehicle, was defective. Had the Plaintiff known this, she would not have purchased her Defective Vehicle and/or paid as much for it, nor would she have incurred VVT assembly repair costs.

95.    Mazda's false advertising has caused substantial ongoing harm to Plaintiff, the Class, and the public. All of the wrongful conduct alleged herein continues to occur in the conduct of Defendant's business. Mazda's wrongful conduct is part of a pattern or generalized course of conduct that will continue to be perpetuated unless enjoined by this Court.

96.    Plaintiff and the Class are entitled to relief, including an injunction prohibiting Defendant from engaging in the practices herein, full restitution, and/or restitutionary disgorgement of any money obtained by Mazda as a result of its false advertising.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

### THIRD CAUSE OF ACTION

### (Violations of the Unfair Competition Law)

### (Cal. Bus. & Prof. Code § 17200, *et seq.*)

97.    Plaintiff incorporates the foregoing paragraphs by reference as though set forth fully herein.

CLASS ACTION COMPLAINT

98.     Business and Professions Code § 17200 ("UCL")[4] prohibits unfair competition, which is defined broadly to include any unlawful, unfair, or fraudulent business act or practice.  Defendant violated the UCL by engaging in unlawful, unfair, or fraudulent business acts or practices.

99.     Mazda committed *unlawful* business acts or practices within the meaning of the UCL.  Mazda's conduct in this regard includes, but is not necessarily limited to, the following:

        a.     Defendant has violated the CLRA, as set forth in the first cause of action, by the acts and practices set forth in this Complaint;

        b.     Defendant has violated the FAL, as set forth in the second cause of action, by the acts and practices set forth in this Complaint; and

        c.     Defendant has violated the Song-Beverly Consumer Warranty Act, as set forth in the fourth cause of action, by the acts and practices set forth in this Complaint.

100.     Defendant committed *unfair* business acts or practices within the meaning of the UCL because Defendant's conduct offends public policy and/or is immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers.  Among other things, Defendant's conduct includes the manufacture and sale of vehicles with a defective VVT assembly, and Defendant's failure to adequately investigate, disclose, and remedy that defect offends established public policy. The harm that this conduct caused to consumers greatly outweighs any benefits associated with such practices. Defendant's conduct has also impaired competition within the automotive vehicles market and has prevented Plaintiff, Class members, and potential purchasers from making fully informed decisions

---

[4]     "Unfair Competition Law" or "UCL" is a shorthand reference to Business and Professions Code § 17200.

about whether to purchase or lease Defective Vehicles and/or the price to be paid to purchase or lease Defective Vehicles.

101.   Defendant committed *fraudulent* business acts or practices within the meaning of the UCL because Defendant's conduct is likely to deceive members of the general public, including Plaintiff and Class members. Mazda's conduct in this regard includes, but is not necessarily limited to, the following:

   a.   Representing that new Mazda cars and trucks will be free of defects with normal use and prescribed maintenance during the warranty period;

   b.   Representing that the Powertrain Components of new Mazda cars and trucks will be free of defects with normal use and prescribed maintenance during the warranty period;

   c.   Omitting and failing to disclose facts regarding the actual defects in the VVT assembly of Defective Vehicles.

102.   Plaintiff and the Class have suffered an injury in fact, including the loss of money or property, as a result of Defendant's unfair competition. In purchasing or leasing their vehicles, the Plaintiff relied on Mazda's representations regarding new cars being free from defect and Mazda's omissions regarding the actual defects in the VVT assembly of Defective Vehicles. Mazda's representations turned out to be untrue or misleading, because the VVT assembly in Mazda's Defective Vehicles—including Plaintiff's vehicle—was defective. Had Plaintiff known this, she would not have purchased her Defective Vehicle and/or paid as much for it, nor would she have incurred VVT assembly repair costs. Accordingly, Plaintiff overpaid for her Defective Vehicle and did not receive the benefit of her bargain.

103.   Defendant's business acts and practices have caused substantial ongoing harm to Plaintiff, the Class, and the public. All of the wrongful conduct alleged herein continues to occur in the context of Defendant's business.

1  Defendant's wrongful conduct is part of a pattern or generalized course of conduct
2  that will continue to be perpetuated unless enjoined by this Court.

3  104.  As a result of its unfair business acts and practices, Defendant has
4  been unjustly enriched at the expense of Plaintiff and the Class.  Plaintiff and the
5  Class are entitled to relief, including an injunction prohibiting Defendant from
6  engaging in the practices herein, full restitution, and/or restitutionary disgorgement
7  of any money obtained by Mazda as a result of its unfair competition.

8  WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

9  ### FOURTH CAUSE OF ACTION

10 ### (Violations of the Song-Beverly Consumer Warranty Act)
11 ### (Civil Code § 1793.2(d))

12 105.  Plaintiff incorporates the foregoing paragraphs by reference as though
13 set forth fully herein.

14 106.  The Song-Beverly Act is a remedial statute designed to protect
15 consumers who have purchased products covered by an express warranty. One of
16 the most significant protections afforded by the act is that "if the manufacturer or
17 its representative in this state does not service or repair the goods to conform to the
18 applicable express warranties after a reasonable number of attempts, the
19 manufacturer shall either replace the goods or reimburse the buyer in an amount
20 equal to the purchase price paid by the buyer, less that amount directly attributable
21 to use by the buyer prior to the discovery of the nonconformity." Civ. Code
22 § 1793.2(d).

23 107.  Plaintiff and Class members purchased Defective Vehicles
24 manufactured or distributed by Mazda.

25 108.  Mazda gave Plaintiff and the Class a warranty by making written
26 statements that (1) new Mazda cars and trucks will be free of defects with normal
27 use and maintenance during the warranty period; and (2) the Powertrain

28

Components of new Mazda cars and trucks will be free of defects with normal use and maintenance during the warranty period.

109.   The Defective Vehicles purchased by Plaintiff and the Class did not perform as stated in that Defective Vehicles were defective during the warranty period.

110.   Plaintiff delivered her Defective Vehicle to an authorized Mazda repair facility for repair. Mazda and its representative failed to repair Plaintiff's Defective Vehicle to match the warranty after a reasonable number of opportunities.

111.   Mazda did not replace the Plaintiff's Defective Vehicle or reimburse Plaintiff an amount of money equal to the purchase price of the Defective Vehicle, less the value of its use by Plaintiff before discovering the defects.

112.   Plaintiff and the Class are entitled to relief.  Pursuant to Civil Code § 1793.2(d), Plaintiff and the Class are entitled to a judgment declaring and mandating that Mazda either replace the Defective Vehicles or reimburse Plaintiff and the Class in an amount equal to the purchase price paid by Plaintiff and the Class, less that amount directly attributable to use by the buyer prior to the discovery of the nonconformity.  Plaintiff and the Class are also entitled to costs and expenses, including attorney's fees, pursuant to Civil Code § 1794(d).

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## FIFTH CAUSE OF ACTION

### (Breach of Express Warranty)

113.   Plaintiff incorporates the foregoing paragraphs by reference as though set forth fully herein.

114.   Mazda is and was at all relevant times a merchant with respect to motor vehicles under Cal. Com. Code § 2104.

115.   In the course of selling its vehicles, Mazda expressly warranted in writing that the Vehicles were free from defects.

116.   Mazda breached the express warranty.  Contrary to Mazda's promise that "new Mazda cars and trucks will be free of defects," the vehicles were defective during the warranty period.

117.   Mazda further breached the express warranty by failing to adequately provide coverage and to repair or correct defects in the VVT assembly of Defective Vehicles during the warranty period.

118.   Plaintiff took reasonable steps to notify Mazda within a reasonable time that her Defective Vehicle was not as represented by, among other things, presenting her Defective Vehicle to an authorized Mazda Dealer for repairs.  In addition, Plaintiff, through her counsel, has provided Mazda with notice and opportunity to cure its violations. Mazda has refused to do so.

119.   Plaintiff and the Class have suffered harm. The failure of the Defective Vehicles to be as represented and the failure of Mazda to repair Defective Vehicles was a substantial factor in causing harm to Plaintiff and the Class.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## SIXTH CAUSE OF ACTION

### (Breach of Implied Warranty)

120.   Plaintiff incorporates the foregoing paragraphs by reference as though set forth fully herein.

121.   Mazda is and was at all relevant times a merchant with respect to motor vehicles under Com. Code § 2104.

122.    Plaintiff purchased her Defective Vehicle from Mazda's authorized agent. At the time of purchase , Mazda and its authorized agents were in the business of leasing and selling vehicles and/or by course of business held itself out as having special knowledge or skill regarding these vehicles.

123.   A warranty that the Defective Vehicles were in merchantable condition was implied by law in the instant transaction, pursuant to Com. Code § 2314.

124.   The Defective Vehicles, when sold and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which cars are used and/or were not of the same quality as those generally acceptable in the trade. Specifically, the Defective Vehicles were designed, manufactured, distributed, and sold with a defective VVT assembly that Mazda knew was defective and likely to fail and result in catastrophic engine failure.

125.   Plaintiff and Class members have had sufficient direct dealings with either the Defendant or its agents (dealerships) to establish vertical privity of contract between themselves and Defendant.  Notwithstanding this, privity is not required in this case because Plaintiff and Class members are intended third-party beneficiaries of contracts between Mazda and its dealers; specifically, they are the intended beneficiaries of Mazda's implied warranties. The dealers were not intended to be the ultimate consumers of the Defective Vehicles and have no rights under the warranty agreements provided with the Defective Vehicles; the warranty agreements were designed for and intended to benefit the ultimate consumers only. Finally, privity is also not required because Plaintiff's and Class members' Defective Vehicles are dangerous instrumentalities due to the aforementioned defects and nonconformities.

126.   Plaintiff took reasonable steps to notify Mazda within a reasonable time that her Defective Vehicle was not as represented by, among other things, presenting her Defective Vehicle to an authorized Mazda Dealer for repairs.  In addition, Plaintiff, through her counsel, has provided Mazda with notice and opportunity to cure its violations. Mazda has refused to do so.

127.   Plaintiff and the Class have suffered harm. Defendant's practice of selling the Defective Vehicles, which did not have the expected quality, was a substantial factor in causing harm to Plaintiff and the Class.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## SEVENTH CAUSE OF ACTION

### (Concealment)

128.   Plaintiff incorporates the foregoing paragraphs by reference as though set forth fully herein.

129.   As set forth above, Defendant concealed and/or suppressed material facts concerning VVT assembly defects in the Defective Vehicles. Mazda has had actual knowledge about defects in the VVT assembly of Defective Vehicles since at least 2007, yet it has attempted to hide this defect from Plaintiff, the Class, and the marketplace. Despite its knowledge, Mazda failed to disclose the defect in the VVT assembly at the time Plaintiff and Class members purchased or leased their Defective Vehicles.

130.   Mazda owed Plaintiffs a duty to disclose the defective nature of the VVT assembly in Defective Vehicles, because it:

    a.    Possessed exclusive knowledge of the defects in the VVT assembly of Defective Vehicles;

    b.    Intentionally concealed the defects in the VVT assembly of Defective Vehicles through its marketing programs, Technical Service Bulletins, and its Special Service Program that Mazda designed to mislead owners and potential buyers of Defective Vehicles about the source and nature of the VVT defect; and/or

    c.    Made incomplete representations about the source and nature of the VVT defect, while purposefully withholding material facts from Plaintiff and Class Members that contradicted these representations.

131.   Mazda had a duty to disclose omitted material facts because they were known and/or accessible only to Mazda, which had superior knowledge and access to the facts, and Mazda knew concealed facts were not known to or reasonably discoverable by Plaintiff and the Class. These concealed facts were material because they directly impact the reliability, workmanship, and safety of the Defective Vehicles. A failed VVT assembly and resulting engine failure are material concerns regarding the reliability, workmanship, and safety of vehicles. Defendant possessed exclusive knowledge of the defects rendering Defective Vehicles inherently defective and less reliable than non-Defective Vehicles.

132.   In addition, Mazda had a duty to disclose concealed facts because Mazda consistently marketed their vehicles as being free from defects. As part of its bumper-to-bumper and powertrain warranties, Mazda has consistently represented that "new Mazda cars and trucks will be free of defects" during the specified warranty periods. As early as 2007, however, Mazda began issuing TSBs to dealers acknowledging defects "caused by the lock pin of the variable valve timing actuator not fully engaging." As discussed above, in January 2008, Mazda issued TSB 01-002/08, which again instructed authorized dealers to replace additional parts related to the Mazda VVT assembly and to use new repair procedures. While Mazda knew about and advised its authorized dealers about the latent defect in the VVT assembly of the potential vehicles, Mazda failed to disclose these facts to existing and potential purchasers and lessors of Defective Vehicles.

133.   Once Mazda made representations to potential purchasers, lessors, and the general public that "new Mazda cars and trucks will be free of defects," Mazda was under a duty to disclose these omitted facts.  This is because where one does speak one must speak the whole truth and not conceal any facts which materially qualify those facts stated. One who volunteers information must be truthful, and the telling of a half-truth calculated to deceive is fraud.

CLASS ACTION COMPLAINT

134. Mazda actively concealed and/or suppressed these material facts, in whole or in part, with the intent to induce Plaintiff and the Class to purchase Defective Vehicles at a higher price than the vehicles' true value. Mazda further actively concealed and/or suppressed these material facts with the intent of avoiding its obligation to repair the VVT assembly of Defective Vehicles.

135. Defendant still has not made full and adequate disclosures and continues to defraud Plaintiff, the Class, and the general public.

136. Plaintiff and the Class were unaware of these omitted material facts and would not have acted as they did if they had known of the concealed and/or suppressed facts. Plaintiff's and the Class's actions were justified. Mazda was in exclusive control of the material facts and such facts were not known to the public or the Class.

137. As a result of the concealment and/or suppression of the facts, Plaintiff and the Class sustained damage.

138. Mazda's conduct was oppressive, fraudulent, malicious, and in reckless disregard the rights of Plaintiff and the Class. Mazda's conduct as described herein was despicable conduct because it was carried on by Mazda with a willful and conscious disregard of the rights or safety of others, subjecting Plaintiff and the Class to cruel and unjust hardship as a result. Mazda's conduct as described herein was deceitful and constituted concealment of a material fact known to Mazda, and it was carried out with the intention of thereby depriving Plaintiff and the Class of legal rights or otherwise causing injury to Plaintiff and the Class. Mazda fraudulently concealed material facts about defects in the VVT assembly of Defective Vehicles, and it has continued to mislead owners of defective vehicles about the source and nature of defects in the VVT assembly. Mazda has done so with a profiteering motive and with the goal of avoiding the expense of correcting the defects in the VVT assembly of Defective Vehicles. Mazda's conduct warrants an assessment of punitive damages in an amount

CLASS ACTION COMPLAINT

1   sufficient to deter such conduct in the future, which amount is to be determined

2   according to proof.

3          WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## EIGHTH CAUSE OF ACTION

### (Declaratory Relief)

6          139.   Plaintiff incorporates the foregoing paragraphs by reference as though

7   set forth fully herein.

8          140.   A real and actual controversy has arisen and now exists between

9   Plaintiff and Defendant concerning the (1) defects in the VVT assembly of

10   Defective Vehicles; and (2) legality of Mazda's practices complained of herein.

11          141.   Plaintiff and the Class contend that the VVT assembly of Defective

12   Vehicles is defective and that Mazda has duty to repair such defects.

13          142.   Plaintiff, on behalf of herself and the Class, seeks a judicial

14   determination as to the existence of VVT assembly defects in Defective Vehicle

15   and Mazda's duty to repair such defects.  A judicial declaration is necessary and

16   appropriate at this time in order for Plaintiff and the Class to ascertain their rights

17   and duties.

18          WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

19   **VII.   PRAYER FOR RELIEF**

20          WHEREFORE, Plaintiff, on behalf of herself and all others similarly

21   situated, prays for judgment against Defendant as follows:

22          1.   An order certifying the proposed Class and any appropriate

23               subclasses, and designating Plaintiff as Class Representative and her

24               counsel as Class Counsel;

25          2.   A declaration that Defendant is financially responsible for providing

26               notice to the Class;

27          3.   A declaration that the Defendant's conduct violates Civil Code

28               §§ 1670.5 and 1671;

CLASS ACTION COMPLAINT

4.    An injunction ordering Defendant to cease and desist from engaging in the unfair, unlawful, and/or fraudulent practices alleged herein;

5.    Restitution and/or disgorgement;

6.    Compensatory damages according to proof;

7.    Prejudgment and post-judgment interest at the maximum legal rate;

8.    Costs of the proceedings herein;

9.    Reasonable attorney's fees; and

10.   All other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: December 16, 2013       **ABTAHI LAW FIRM**

ALI ABTAHI

Attorneys for Plaintiff
Lynn Peterson and the Class

//
//
//
//
//
//
//
//
//
//
//
//
//

CLASS ACTION COMPLAINT

39

1

## DEMAND FOR JURY TRIAL

2          Plaintiff, on behalf of herself and all others similarly situated, hereby

3    demands a trial by jury of all issues so triable.

4

5                                          Respectfully submitted,

6    Dated:  December 16, 2013            **ABTAHI LAW FIRM**

7

8

9                                          ALI ABTAHI

10                                         T. Christopher Tuck
                                           (*pending admission pro hac vice*)
11                                         ctuck@rpwb.com
                                           RICHARDSON, PATRICK,
12                                         WESTBROOK & BRICKMAN, LLC
                                           1037 Chuck Dawley, Blvd.
13                                         Building A
                                           Mt. Pleasant, SC  29464
14                                         (843) 727-6500

15                                         Terry W. West
                                           (*pending admission pro hac vice*)
16                                         terry@thewestlawfirm.com
                                           Bradley C. West
17                                         (*pending admission pro hace vice*)
                                           brad@thewestlawfirm.com
18                                         THE WEST LAW FIRM
                                           124 West Highland
19                                         Shawnee, OK  74802
                                           (405) 275-0040
20

21                                         Attorneys for Plaintiff
                                           Lynn Peterson and the Class
22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

# EXHIBIT A



# 2008
# WARRANTY INFORMATION
(For Mazda CX-7, Mazda3, Mazdaspeed3, Mazda MX-5,
Mazda RX-8 and Mazda CX-9)





EXHIBIT A - 41

# AN IMPORTANT MESSAGE FROM MAZDA

1

We thank you very much for choosing Mazda. We at Mazda design and build vehicles with complete customer satisfaction in mind. From the moment you get behind the wheel of your new Mazda, you'll notice how good it feels. A feeling you'll appreciate for as long as you own your Mazda.

You'll also be pleased to know how strongly we stand behind every Mazda car and truck. The New Vehicle 36-month/36,000 Mile Limited Basic Warranty and the Powertrain 60-month/60,000 Mile Limited Warranty described in this booklet is one of the finest available.

Together with your Owner's Manual, this warranty booklet details the operating procedures and intervals between maintenance that we recommend you follow to maximize the performance of your Mazda.

In addition, your authorized Mazda Dealer will take care of all your service needs using Genuine Mazda Parts. They'll do all they can to ensure that your car or truck continues to exceed all your expectations.

At Mazda, it's not enough to sell cars and trucks that look impressive in the showroom. We're committed to making sure you enjoy your Mazda for years to come.

**Mazda Motor Corporation**
**and**
**Mazda North American Operations**

ux

# CONTENTS

| | Page |
|---|---|
| Warranty Coverage at a Glance | 4 |
| Important | 5 |
| Vehicle and Owner Identification | 6 |
| When You Need to Talk to Mazda | 7 |
| New Vehicle Limited Warranty | 9 |
| • What Is Covered | 9 |
| • What Is Not Covered | 11 |
| • Your Responsibilities | 13 |
| • Other Terms | 14 |
| Powertrain Limited Warranty | 15 |
| Safety Restraint System Limited Warranty | 17 |
| Anti-Perforation Limited Warranty | 19 |
| Federal Emission Control Warranty | 21 |
| California Emission Control Warranty | 27 |
| Tire Limited Warranty | 35 |
| Replacement Parts and Accessories Limited Warranty | 36 |
| Mazda Importer/Distributors | 38 |
| Scheduled Maintenance Record | 39 |
| Dealer Certification | 43 |
| Change of Address or Subsequent Ownership Notification | 44 |

3

**Note:**
All information is based on the latest data available at the time of publication and, with the exception of the emissions warranty, is subject to change without notice.

ux

ux ux

EXHIBIT A - 43

## IMPORTANT

5

**Please keep this booklet with your Mazda Vehicle.**
**This booklet should be presented to a Mazda Dealer if warranty service is needed.**
**This booklet should remain with your Mazda Vehicle, so if you sell it future owners will have this information.**

**DEFINITIONS**
As used in this booklet (unless otherwise specifically stated),

"Mazda" means Mazda Motor Corporation, 3-1 Shinchi, Fuchu-cho, Aki-gun, Hiroshima, Japan 7308670, and Mazda North American Operations 7755 Irvine Center Drive, Irvine, CA 92618-2922, U.S.A.

"Mazda Vehicle" means a 2008 model year Mazda motor vehicle manufactured by or for Mazda.

"Mazda Importer/Distributor" means any of the companies identified as a Mazda Importer/Distributor on page 38 of this booklet.

"Mazda Dealer" means a person authorized by a Mazda Importer/Distributor to service Mazda Vehicles or perform repairs under the warranties in this booklet.

"Mazda Accessory" means a Mazda genuine accessory or Mazda genuine optional equipment supplied by a Mazda Importer/Distributor.

## WARRANTY COVERAGE AT A GLANCE

4



| | | Months in Service | Warranty Term (Whichever comes first) Miles in Service |
|---|---|---|---|
| **LIMITED WARRANTY** | Service Adjustment | 12 | 12,000 |
| | Basic | 36 | 36,000 |
| | Original Equipment Battery | 36 | 100% for 12 months / (Unlimited Miles) |
| | Powertrain | 60 | 60,000 |
| | Safety Restraint | 60 | 60,000 |
| | Perforation | 60 | (Unlimited Miles) |
| **EMISSION WARRANTY** Federal | Emission Defects • Any Related Parts | 36 | 36,000 |
| | • Specific Parts | 96 | 80,000 |
| | Emission Performance • Any Related Parts** | 24 | 24,000 |
| | • Specific Parts | 96 | 80,000 |
| California | Emission Defects • Any Related Parts | 36 | 50,000 |
| | • Specific Parts*** | 84 | 70,000 |
| | Emission Performance | 36 | 50,000 |
| | Partial-Credit Zero Emission Vehicle (PZEV) • All Emission Related Parts | 180 | 150,000 |
| | Replacement Parts & Accessories | 12 | 12,000 From Installation Date or Purchase Date |

This chart illustrates warranty coverage by months and miles.
Please read the applicable pages for detailed information on what is covered and what is not covered under each of these warranties.

**Note:** Tires are warranted by the Tire Manufacturers.

\*   : Prorate through 36th month
\*\*  : Mazda will provide coverage under the terms of the New Vehicle Warranty.
\*\*\* : Except those specified parts covered by the Federal Emission Warranty.

EXHIBIT A - 44

## WHEN YOU NEED TO TALK TO MAZDA

7

### To Our Customer

Your complete and permanent satisfaction is our business. We are here to serve you. All Authorized Mazda Dealers have the knowledge and the tools to keep your Mazda Vehicle in top condition.

If you have any questions or recommendations for improvement regarding the service of your Mazda Vehicle or servicing by Mazda Dealer personnel, we recommend that you take the following steps:

**Step 1:   Contact Your Mazda Dealer**

Discuss the matter with an Authorized Mazda Dealer. This is the quickest and best way to address the issue.

If your concern has not been resolved by the CUSTOMER RELATIONS, SALES, SERVICE or PARTS MANAGER, then please contact the GENERAL MANAGER or the OWNER of the dealership.



---

## VEHICLE AND OWNER IDENTIFICATION

6

Owner's Name _____

Date of Retail Delivery or First Use

Address _____

Month _____ Day _____ Year _____

Mileage at Delivery _____

City _____ State _____ Zip Code _____   Miles

Vehicle Identification Number

Name of Selling Dealership _____

TEL ( ) _____ - _____   Dealer Code

**SPEEDOMETER REPLACEMENT RECORD**

Speedometer replaced on _____ date _____ with _____   Miles

Dealer Name _____

Dealer Signature _____

After the speedometer is replaced, total mileage should be determined by adding the mileage listed here to the current mileage shown on the speedometer installed.

EXHIBIT A - 45

Case 8:13-cv-01972-DOC-AN   Document 1   Filed 12/19/13   Page 50 of 87   Page ID #:54

# NEW VEHICLE LIMITED WARRANTY

9

## What Is Covered

Mazda warrants that your new Mazda Vehicle is free from defects in material or workmanship, subject to the following terms and conditions.

A Mazda Dealer will make necessary repairs, using new or remanufactured parts, to correct any problem covered by this warranty without charge to you.

### Basic Coverage Period

Any component of your new Mazda Vehicle is covered for **36 months** or **36,000 miles**, whichever comes first, from the earlier date of either retail delivery or first use of the Mazda Vehicle.

### Exceptions

The items specified below are covered for specific periods which are different from the basic coverage.

■ **Adjustments**

Service adjustment is covered for the first **12 months** or **12,000 miles**, whichever comes first.

Service adjustment means minor repairs not usually associated with the replacement of parts, such as wheel balance and alignment, tension adjustment of automatic transmission throttle cable and V-belt, fitting of engine hood, trunk lid, or rear hatch, etc.

**Note:**

Adjustments required to conform to an EPA approved emission short test, are subject to the applicable emission warranty coverage.

■ **Air Conditioner Refrigerant Charge**

Air conditioner refrigerant charge is covered for the first **12 months** of the warranty period regardless of mileage. Over the balance of the warranty period, refrigerant charge is covered only when replenished as part of a warranty repair.

---

# WHEN YOU NEED TO TALK TO MAZDA

8

## Step 2:   Contact Mazda North American Operations

If for any reason you feel the need for further assistance after contacting your dealership management, you can reach Mazda North American Operations by one of the following ways:

Log on at:          **www.mazdausa.com**

Answers to many questions, including how to locate or contact a local Mazda Dealership in the U.S., can be found here.

You can also contact Mazda:

By e-mail:          **Customer Assistance@Mazdausa.com**

By Phone at:        **(800) 222-5500**

By letter at:     Attn:  **Customer Assistance**
**Mazda North American Operations**
**7755 Irvine Center Drive**
**Irvine, CA 92618-2922**
**P.O. Box 19734**
**Irvine, CA 92623-9734**

Whatever way you contact us, please help us to serve you more efficiently and effectively by providing the following information:

1. Your name, address, and telephone number
2. Year and model of vehicle
3. Vehicle Identification Number (17 digits, noted on your registration or title or located on the upper driver's side corner of the dash)
4. Purchase date and current mileage
5. Your dealer's name and city location
6. Your question(s)

If you live outside the U.S.A., please contact your nearest Mazda Distributor (Please see page 38.)

EXHIBIT A - 46

# NEW VEHICLE LIMITED WARRANTY

10



- **Original Equipment Battery**

The originally equipped battery is fully covered for the first **12 months** of the warranty period regardless of mileage. After **12 months** but within **24 months**, 50% of the replacement battery's suggested retail price will be your responsibility. After **24 months** but within **36 months**, 75% of the replacement battery's suggested retail price will be your responsibility. The rest, including labor charge, is covered by Mazda.

| Months in Use | Parts Customer pays | Parts Mazda Pays | Labor Customer Pays | Labor Mazda Pays |
|---|---|---|---|---|
| 0-12 | 0% | 100% | 0% | 100% |
| 13-24 | 50 | 50 | 0 | 100 |
| 25-36 | 75 | 25 | 0 | 100 |



**Towing**

If Mazda vehicle is not driveable due to a warranted part failure during the coverage period of the New Vehicle Limited Warranty (36 months/36,000 miles), towing service will be covered to the nearest Mazda dealer. In addition, if a Mazda vehicle is not driveable due to the failure of a warranted powertrain component, then towing service will be covered during the coverage period of the Powertrain Limited Warranty (60 months/60,000 miles).



**Warranty Application**

This warranty is applicable to Mazda Vehicles originally registered and normally operated in the United States or U.S. territories for which they were produced e.g. United States, U.S. Virgin Islands, Guam, Saipan or American Samoa.

During the warranty period, this warranty is transferable to subsequent owners. Mail the "Subsequent Ownership Notification" attached to the end of the booklet to your Mazda Importer/Distributor.

# NEW VEHICLE LIMITED WARRANTY

11

## What Is Not Covered



**Factors Beyond the Manufacturer's Control**

- Misuse of the Mazda Vehicle such as driving over curbs, overloading, racing, snowplowing, etc. (Proper usage is described in your Owner's Manual.)
- Accidents such as collision, fire, flood, theft, riot etc.
- Alteration, modification, tampering etc.
- If the vehicle has been classified a total loss and/or sold for salvage purposes or branded for any other reasons.



- Damage or surface corrosion from the environment such as:

  Acid rain, airborne fallout (chemicals, tree sap, etc), salt, road hazards, hail, wind storm, lightning, floods and other natural disasters.
- Cosmetic conditions or surface corrosion from stone chips or scratches in the paint.
- Removal of the vehicle from the warranty-applicable market for which it was produced.

**Damage due to Lack of Maintenance or the Use of Wrong Fuel, Oil or Lubricants**



- Lack of proper maintenance as described in your Owner's Manual.

  (Failure to properly maintain your vehicle can result in your warranty being voided either in whole or in part.)
- Improper maintenance, the use of other than specified fuel, oil or lubricants recommended in your Owner's Manual.

**Normal Deterioration**



- Normal wear, tear or deterioration such as discoloration, fading, deformation, blur etc.
- Surface corrosion on any part other than the body sheet metal panels forming the exterior appearance of a Mazda Vehicle.

EXHIBIT A - 47

# NEW VEHICLE LIMITED WARRANTY

13

## Your Responsibilities

### Maintenance

You are responsible for properly operating and maintaining your Mazda Vehicle in accordance with the instructions described in your Owner's Manual. If your vehicle is used under severe driving conditions, you should follow Schedule 2 of the maintenance requirements described in your Owner's Manual.

### Maintenance Records

You should retain maintenance records since it may be necessary in some instances for you to show that the required maintenance has been performed. The "Scheduled Maintenance Record" on page 39 should be filled in when scheduled maintenance is performed. Keep all receipts and make them available in case questions about maintenance arise.

### To Get Warranty Service

You must take your Mazda Vehicle, along with this booklet, to a Mazda Dealer in the United States, Puerto Rico, U.S. Virgin Islands, Guam, Saipan, American Samoa, Canada or Mexico during its normal service hours. While any Mazda Dealer will perform warranty service, Mazda recommends that you return to the dealership where you purchased your Mazda Vehicle because you have already established a relationship with them.

If you have any question or need assistance regarding this warranty, refer to "When You Need to Talk to Mazda" on page 7.

### Limited Liability

The liability of Mazda under this warranty is limited solely to the repair or replacement of parts defective in Mazda-supplied material, or workmanship by a Mazda Dealer at its place of business. Specifically, it does not include any expense of, or payment for loss of use of the Mazda Vehicle during warranty repairs.

---

# NEW VEHICLE LIMITED WARRANTY

12

## What Is Not Covered (Cont'd)



### Maintenance is at Owner's Expense

■ Normal maintenance services such as cleaning and polishing, lubrication, and replenishment or replacement of oil, fluid, coolant, worn wiper blades, filters, worn brake and clutch linings, spark plugs, fuses, keyless transmitter batteries etc.

■ Maintenance services described as "Scheduled Maintenance Services", "Owner Maintenance Services" or "Appearance Care" in your Owner's Manual.



### Altered Mileage

■ Any repair of a Mazda Vehicle on which the odometer has been altered or on which the actual mileage cannot be readily determined.

(When replacing the speedometer, the "Speedometer Replacement Record" on page 6 must be filled in by a Mazda Dealer.)



### Extra Expenses and Damages

■ Any financial loss, for example: due to loss of use of the Mazda Vehicle, lodging, transportation, travel costs, loss of pay and any other expenses or damages.



### Tires

■ Tires are warranted by the tire manufacturers. Refer to the "Tire Limited Warranty" on page 35 for a brief explanation or the tire warranty pamphlets provided with your Mazda Vehicle for details.

# NEW VEHICLE LIMITED WARRANTY

## 14

## Other Terms

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

**All Implied Warranties, including but not limited to any regarding marketability or fitness for a particular purpose, are limited respectively to the duration of this warranty.**

**This warranty is given in lieu of all other Express Warranties (except those set forth separately in this booklet) on the part of Mazda, Mazda Importer/Distributor, or the Mazda Dealer selling the Mazda Vehicle. No dealer, or any agent or employee thereof, is authorized to extend or expand this warranty. Mazda or a Mazda Importer/Distributor shall not be liable for any incidental, special, consequential, or exemplary damages, or any service not expressly provided for herein.**

Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

---

# POWERTRAIN LIMITED WARRANTY

## 15

Mazda warrants that the Powertrain Components of your new Mazda Vehicle is free from defects in Mazda-supplied material or workmanship which result in improper function, subject to the following terms and conditions.

A Mazda Dealer will make necessary repairs, using new or remanufactured genuine Mazda parts, to correct any problem covered by this warranty without charge to you.

### 1. Warranty Period

The warranty period is for the first 60 months or 60,000 miles, whichever comes first, from the earlier date of either retail delivery or first use of the Mazda Vehicle. During the warranty period, this warranty is transferable to subsequent owners. Mail the "Subsequent Ownership Notification" attached to the end of the booklet to your Mazda Importer/Distributor.

### 2. What Is Covered

The following is a general list of components covered by this warranty. (See page 16 for specific components covered.)
- Engine
- Transmission and Transaxle
- Front/Rear Drive System

### Towing

If your Mazda is not driveable due to the failure of a warranted powertrain component, then towing service will be covered to the nearest Mazda dealer during the coverage period of the Powertrain Limited Warranty (60 months/60,000 miles).

### 3. What Is Not Covered

The "What is Not Coverd" is the same as stated for New Vehicle Limited Warranty section of this booklet.

### 4. To Get Warranty Service

You must take your Mazda Vehicle, along with this booklet, to any Mazda Dealer in the United States, Puerto Rico, U.S. Virgin Islands, Guam, Saipan, American Samoa, Canada or Mexico during their normal service hours.

If you have any questions or need assistance regarding this warranty, refer to the "When You Need to Talk to Mazda" on Page 7.

### 5. Limited Liability

The liability of Mazda under this warranty is limited solely to the repair or replacement of parts defective in Mazda-supplied material, or workmanship by a Mazda Dealer at its place of business. Specifically, it does not include any expense of, or related to, transportation to such a dealer or payment for loss of use of the Mazda Vehicle during warranty repairs.

### 6. Other Terms

The "Other Terms" stated on page 14 in the New Vehicle Limited Warranty also apply to this warranty.

# POWERTRAIN LIMITED WARRANTY

## 16

**Powertrain Warranty Parts List**

Below are the powertrain components covered under the Powertrain Limited Warranty:

**■ Engine**
Cylinder Block, Cylinder Head, and All Internal Lubricated Parts (Piston engines)
Rotor Housing and All Internal Lubricated Parts (Rotary engines)
Timing gears
Timing chain/belt and tensioner
Timing chain/belt front cover and gaskets
Flywheel
Valve Covers and Gaskets
Oil Pan
Oil Pump
Intake Manifold and Gaskets
Exhaust Manifold and Gaskets
Engine Mounts
Turbocharger Housing and All Internal Parts
Supercharger Housing and All Internal Parts
Water Pump and Gaskets
Thermostat and Gaskets
Fuel Pump
Seals and Gaskets

**■ Transmission and transaxle**
Transmission Case and All Internal Parts
Torque converter
Clutch Pressure Plate
Transmission Mounts
Transfer Case and All Internal Parts
Transmission/Transaxle Control Module

**■ Front/Rear Drive System**
Final Drive Housing and all Internally Lubricated Parts
Rear Axle Housing (Differential) and all Internally Lubricated Parts
Manual and Automatic Hub (4x4)
Front Wheel Hubs and Bearing (FWD Transaxles)
Rear Axle/Hub Bearings (RWD and AWD only)
Axle/Drive Shafts
Universal Joints
Constant Velocity Joints
Propeller shaft (RWD and AWD only)
Seals and Gaskets

# SAFETY RESTRAINT SYSTEM LIMITED WARRANTY

## 17

To help decrease the possibility or severity of injury during accidents or emergency stops, Mazda strongly recommends that the driver and all vehicle occupants be properly restrained at all times by using the seat belts provided. (Proper use is outlined in your Owner's Manual.)

In addition to the seat belts, Mazda Vehicles are equipped with supplemental restraint systems (air bags). Air bags are designed to supplement the seat belts by providing additional protection by restraining the forward motion in a serious frontal accident or sideward motion in seats equipped with side airbags and/or side air curtains. The air bags alone may not prevent severe injury in an accident. The driver and all vehicle occupants should always wear seat belts.

Mazda warrants that the safety restraint system of your new Mazda Vehicle is free from defects in Mazda-supplied material or workmanship which result in improper function, subject to the following terms and conditions.

A Mazda Dealer will make necessary repairs, using new parts, to correct any problem covered by this warranty without charge to you.

**1. Warranty Period**
The warranty period is for the first 60 months or 60,000 miles, whichever comes first, from the earlier date of either retail delivery or first use of the Mazda Vehicle. During the warranty period, this warranty is transferable to subsequent owners. Mail the "Subsequent Ownership Notification" attached to the end of the booklet to your Mazda Importer/Distributor.

**2. What Is Covered**
Seat Belts and Related Components
Air Bag System

**3. What Is Not Covered**
■ Repair or replacement required due to misuse, negligence, improper repair/adjustment, alteration, or accident/collision damage.
■ Replacement of proper functioning part for comfort or appearance.
■ Incidental or consequential damages such as loss of use of your Mazda Vehicle, inconvenience or commercial loss.
■ If the vehicle has been classified a total loss and/or sold for salvage purposes or branded for any other reasons.
■ Removal of the vehicle from the warranty-applicable market for which it was produced.

EXHIBIT A - 50

## SAFETY RESTRAINT SYSTEM LIMITED WARRANTY

18

### 4. To Get Warranty Service

If a safety problem exists, immediately take your Mazda Vehicle, along with this booklet, to any Mazda Dealer in the United States, Puerto Rico, U.S. Virgin Islands, Guam, Saipan, American Samoa, Canada or Mexico during their normal service hours. If you have any questions or need assistance regarding this warranty, refer to the "When You Need to Talk to Mazda" on Page 7.

### 5. Limited Liability

The liability of Mazda under this warranty is limited solely to the repair or replacement of parts defective in Mazda-supplied material, or workmanship by a Mazda Dealer at its place of business. Specifically, it does not include any expense of, or related to, transportation to such a dealer or payment for loss of use of the Mazda Vehicle during warranty repairs.

### 6. Other Terms

The "Other Terms" stated on page 14 in the New Vehicle Limited Warranty also apply to this warranty.

## ANTI-PERFORATION LIMITED WARRANTY

19

Mazda warrants that the body sheet metal panels of your new Mazda Vehicle are free from defects in material or workmanship which result in perforation (hole through the body panel) due to corrosion, subject to the following terms and conditions. Corrosion other than perforation (hole through the body panel), due to defects in material or workmanship, is covered under the New Vehicle Limited Warranty.

A Mazda Dealer will either repair or replace any body sheet metal panel perforated due to defects in material or workmanship, under normal use, without charge to you.

### 1. Warranty Period

The warranty period is for the first **60 months** (regardless of mileage) from the earlier date of either retail delivery or first use of the Mazda Vehicle. During the warranty period, this warranty is transferable to subsequent owners. Mail the "Subsequent Ownership Notification" attached to the end of the booklet to your Mazda Importer/Distributor.

### 2. What Is Not Covered

- Any perforation due to corrosion of the Mazda Vehicle which is caused by industrial fallout, accident, damage, abuse, vehicle modifications or damaging or corrosive cargo in the Mazda Vehicle.
- Any surface corrosion of the Mazda Vehicle which does not result in perforation, such as that typically caused by sand, salt, hail, or stones.
- Any perforation due to corrosion of the Mazda Vehicle which results, not from a defect in material or workmanship, but from failure to maintain the Mazda Vehicle in accordance with the procedures specified in Section 3 (page 20) of this warranty and the Owner's Manual provided with your Mazda Vehicle.
- Any perforation due to corrosion of a part of the Mazda Vehicle which is not a body sheet metal panel. As used herein, "body sheet metal panel" specifically excludes all parts which are components of the exhaust system of the Mazda Vehicle.
- If the vehicle has been classified a total loss and/or sold for salvage purposes or branded for any other reasons.
- Removal of the vehicle from the warranty-applicable market for which it was produced.

EXHIBIT A - 51

# ANTI-PERFORATION LIMITED WARRANTY

20

## 3. Your Responsibilities

Inspect the body sheet metal panels of your Mazda Vehicle frequently and if you detect any stone chips or scratches in the paint or protective coating, touch them up immediately.

In addition, under certain conditions, special care should be taken to protect your Mazda Vehicle from corrosion.

1) If you drive on salted roads, or if you drive near the ocean, flush the underbody at least once a month with clean water.
2) It is important to keep the drain holes in the lower edges of the body clear.
3) If your Mazda Vehicle is damaged due to an accident or any event which may cause damage to the paint, have your Mazda Vehicle repaired as soon as possible.
4) If you carry special cargo, such as chemicals, fertilizers, de-icing salt, or other corrosive substances, be sure that such materials are well packaged and sealed.
5) If you drive frequently on gravel roads, we recommend that you install stone guards behind each wheel.

## 4. To Get Warranty Service

You must take your Mazda Vehicle, along with this booklet, to any Mazda Dealer in the United States, Puerto Rico, U.S. Virgin Islands, Guam, Saipan, American Samoa, Canada or Mexico during their normal service hours. If you have any questions or need assistance regarding this warranty, refer to "When You Need to Talk to Mazda" on page 7.

## 5. Limited Liability

The liability of Mazda under this warranty is limited solely to the repair or replacement of parts defective in material or workmanship by a Mazda Dealer at its place of business. Specifically, it does not include any expense of, or related to, transportation to such a dealer or payment for loss of use of the Mazda Vehicle during warranty repairs.

## 6. Other Terms

The "Other Terms" stated on page 14 in the New Vehicle Limited Warranty also apply to this warranty.

# FEDERAL EMISSION CONTROL WARRANTY

21

*California, Maine, Massachusetts, Vermont, Connecticut, Rhode Island and Pennsylvania residents should also refer to California Emission Control Warranty on page 27.*

## I. Introduction

The Federal Clean Air Act requires vehicle manufacturers to provide two emissions-related warranties:

- The Federal Emissions Defect Warranty, which covers certain parts of each vehicle's emissions control systems against defects in materials and workmanship, and
- The Federal Emissions Performance Warranty, which covers repairs to certain parts of each vehicle's emission control system *if certain conditions are met* (see Section V, for those conditions).

These two emission warranties apply to all Mazda Vehicles (including those registered in states requiring California-certified vehicles). They are given in lieu of all other express or implied warranties (except those set forth separately in this booklet) on the part of Mazda, Mazda Importer/Distributor or the Mazda Dealer selling this Mazda Vehicle. No dealer, or any agent or employee thereof, is authorized to extend or expand these warranties.

## II. Definitions

(a) "EPA" means the U.S. Environmental Protection Agency.

(b) "Owner" means the original and any subsequent owner of a Mazda Vehicle.

(c) "Mazda Part" means a part sold by a Mazda Dealer, whether new or remanufactured, which is supplied by Mazda.

(d) "Emission Warranty Part" means a part installed on or in a Mazda Vehicle by or at the direction of Mazda for the sole or primary purpose of reducing the Mazda Vehicle's emissions and that was not in general use prior to model year 1968. The Emission Warranty Parts are listed in Sections VI and VII.

(e) "Certified Part" means a replacement part for a Mazda Vehicle certified in accordance with aftermarket part certification regulations issued by the EPA.

(f) "Written Maintenance Instructions" means those maintenance and operation instructions, together with the time and/or mileage interval at which such maintenance is to be performed, specified in the Owner's Manual for the Mazda Vehicle as being necessary to assure compliance of the Mazda Vehicle with applicable emission standards during the term of this warranty, as specified by law.

## III. Exclusions from the Emission Warranties

The following are NOT covered by these Emission Warranties:

(1) Any incidental, consequential, or exemplary damages (whether in contract or tort), including loss of time, inconvenience, loss of use of the vehicle, cost of transporting it for repair or service, and commercial loss.

(2) Damage resulting from accidents, misuse, natural disasters, or events beyond the control of Mazda.

(3) If the vehicle has been classified a total loss and/or sold for salvage purposes or branded for any other reasons.

(4) Lack of proper maintenance, including repair improperly performed or replacements improperly installed by any person other than a Mazda Dealer, or a replacement part or accessory not conforming to Mazda's specifications.

(5) Any repair of the vehicle on which the odometer mileage has been altered or on which the actual mileage cannot be readily determined. (When replacing the speedometer, the "Speedometer Replacement Record" on page 6 must be filled in by a Mazda Dealer.)

(6) Removal of the vehicle from the warranty-applicable market for which it was produced.

## IV. Emission Defect Warranty

Mazda warrants to the ultimate purchaser and each subsequent purchaser that this Mazda Vehicle is (A) designed, built, and equipped so as to conform at the time of sale with applicable regulations under Section 202 of the Federal Clean Air Act, and (B) free from defects in materials and workmanship which would cause it to fail to conform with applicable regulations during the warranty periods mentioned herein after. The applicable regulations require that the warranty period is for the first 24 months* or 24,000 miles, whichever comes first. However, Mazda will provide you a coverage of 36 months* or 36,000 miles, whichever comes first, under the terms of the New Vehicle Limited Warranty. The applicable regulations also require that the warranty period for specific major Emission Warranty Parts listed in Section VII is for the first 96 months* or 80,000 miles, whichever comes first.

* The months during which the vehicle has been in operation are counted from the date of first use of the vehicle or the date of its retail delivery, whichever came first.

Any defects in warranted parts that are identified within those warranty periods will be repaired or replaced by Mazda, at its option, with new or remanufactured parts at no cost to the Mazda Vehicle owner by a Mazda Dealer in the U.S.A. The liability of Mazda under this Emission Defect Warranty is solely limited to such repair or replacement.

## V. Emission Performance Warranty

**Important Notice:**

This warranty has been prepared in accordance with certain regulations promulgated by the EPA which provide that a remedy will be available under this warranty only when a vehicle fails an EPA approved emission short test; usually this means when an Owner could be subject to a penalty under state or federal law because of such failure. At the date of the printing of this warranty, some states did not have vehicle inspection programs for testing vehicles for conformity with such short tests and had not enacted laws subjecting vehicle Owners to such penalties. Therefore, it is possible that in some states or local areas no remedy will be available under this warranty as a matter of law.

### A. Warranty

Pursuant to Section 207 (b) of the U.S. Clean Air Act, Mazda warrants to each Owner that if:

(a) The Mazda Vehicle is maintained and operated in compliance with the Written Maintenance Instructions; and

(b) The Mazda Vehicle fails to conform at any time during the term of this warranty to the applicable emission standards as judged by an emission test approved by the EPA; and

(c) Such nonconformity results or will result in the Owner having to bear any penalty or other sanction (including the denial of the right to use the Mazda Vehicle) under local, state or Federal law; and

(d) If such nonconformity results from the failure of an Emission Warranty Part.

Mazda shall remedy the nonconformity at no cost to the Owner in accordance with the following:

• During a period of vehicle operation that does not exceed 24 months* or 24,000 miles, whichever comes first, if the failed Emission Warranty Part is listed in the 24 months/24,000 miles Emission Warranty Parts List in Section VI.

• During a period of vehicle operation that does not exceed 96 months* or 80,000 miles, whichever comes first, if the failed Emission Warranty Part is listed in the 96 months/80,000 miles Emission Warranty Parts List in Section VII.

* The months during which the vehicle has been in operation are counted from the date of first use of the vehicle or the date of its retail delivery, whichever came first.

## FEDERAL EMISSION CONTROL WARRANTY

24

**B. Compliance with Written Maintenance Instructions**

Each Owner is required to comply with the Written Maintenance Instructions and a claim under this warranty may be denied on the basis of noncompliance by the Owner with such instructions. **If and when it is considered that the vehicle's non-conformity with the applicable emission standards has resulted from the Owner's non-compliance with those Written Maintenance Instructions which the manufacturer considers necessary for the vehicle to meet the standards, the Owner may be required to submit evidence of such compliance. Receipts and other documents covering the performance of Scheduled Maintenance and proper use in accordance with the Written Maintenance Instructions, including but not limited to the validated Scheduled Maintenance Record in this booklet, should, therefore, be retained by the Owner and should be transferred to each subsequent Owner of the Mazda Vehicle.**

**C. Use of Mazda Parts**

The Mazda Vehicle is designed, built and tested using Mazda Parts so that the Mazda Vehicle is able to perform in conformity with EPA regulations as provided by this warranty. Accordingly, it is recommended that any replacement parts used for maintenance, repair or replacement of the Mazda Vehicle be Mazda Parts, or parts equivalent to those with which the Mazda Vehicle or its engine was originally equipped.

**D. Use of Non-Mazda Parts**

Owners may elect to use parts other than Mazda Parts in the performance of any maintenance or repairs and such use in itself will not invalidate this warranty. However, use of parts other than Mazda, may cause Mazda to deny an emission performance warranty claim on the basis of uncertified replacement parts used in the maintenance or repair of a Mazda Vehicle if the uncertified replacement parts are either defective in material or workmanship or not equivalent, from an emission standpoint, to Mazda Parts.

**E. Repair or Replacement by Mazda Dealer**

Mazda's obligation to remedy nonconformities under this warranty shall be performed by a Mazda Dealer, which shall make all adjustments, repairs or replacements necessary to assure that the Mazda Vehicle complies with applicable emission standards of the EPA and that the Mazda Vehicle will continue to comply during the remainder of the term of this warranty (if proper maintenance and operation are continued).

## FEDERAL EMISSION CONTROL WARRANTY

25

**F. Maintenance by An Establishment or Individual Other Than Mazda**

**Maintenance, replacement, or repair of the emission control devices and systems covered by this warranty may be performed by any automotive repair establishment or individual using Certified Parts. However, the Owner should note that service by a person other than a Mazda Dealer may cause Mazda to deny a claim under this warranty, if it is shown that the improper installation or adjustment of any part has caused the Mazda Vehicle to fail the emission test, either directly or by causing another part to fail.**

**G. Warranty Claim Procedures**

A warranty claim may be submitted by bringing the Mazda Vehicle to any Mazda Dealer during the Dealer's regular business hours, together with a copy of a failed emissions test. Upon presentation of a claim, Mazda shall notify the Owner within 30 days, or a shorter period of time within which repair is required by local, State or Federal law, that the claim will be honored or shall provide the Owner in writing with an explanation of the basis upon which the claim is being denied. Failure to notify the Owner within such a time period, shall cause Mazda to be responsible for repairing the Mazda Vehicle free of charge to the Owner, unless such failure is attributable to the Owner or to events beyond the control of Mazda or the Mazda Dealer.

**H. Further Information**

Owners may obtain further information concerning this warranty and may report violations of this warranty by contacting the Environmental Protection Agency Ariel Rios Building (6405J) 1200 Pennsylvania Ave., N.W. Washington, D.C. 20460.

# FEDERAL EMISSION CONTROL WARRANTY

## VI. 24 months/24,000 miles Emission Warranty Parts List

**Air/Fuel Metering System**
- Closed loop system
  - Oxygen sensor
  - Air flow sensor (Air flow meter)
  - Fuel injectors
- Cold start enrichment system
  - Cold start injector
- Electronic idle speed control system
  - Idle air control valve
    (Idle speed control valve)
  - Air valve
  - Deceleration controls

**Ignition Spark Advance/Retard System**
- Certain spark advance/retard control components
  - High energy electronic ignition
  - Spark plugs*

**Fuel Evaporative System**
- Canister and associated control valve
  - Purge valve
  - Purge solenoid
  - Fuel filler cap

*Spark plugs are warranted under the basic warranty or until the first required maintenance, whichever comes first.

**Positive Crankcase Ventilation (PCV) System**
- PCV valve

**Exhaust Gas Recirculation (EGR) System**
- EGR function control valve (EGR control valve) and associated parts
  - EGR valve
  - EGR valve control solenoid

**Secondary Air Injection System**
- Air pump
- Air control valves and distribution pipes

**Miscellaneous Items Used in Above Systems**
- Hoses, clamps, fittings, gaskets, sealing materials, tubing, brackets and belts
- Exhaust pipe (between exhaust manifold and catalyst)
- Sensors, switches and valves

## VII. 96 months/80,000 miles Emission Warranty Parts List

- Catalytic Converter
- Electronic Emission Control Unit
- Onboard Emission Diagnostic Device (incorporated into Electronic Emission Control Unit)

---

# CALIFORNIA EMISSION CONTROL WARRANTY

*In addition to Federal Emission Control Warranty the California Emission Control Warranty that follows covers all vehicles registered in California, Maine, Massachusetts, Vermont, Connecticut, Rhode Island and Pennsylvania.*

The California Air Resources Board and Mazda are pleased to explain the emission control system warranty on your 2008 Mazda Vehicle. In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards.

Mazda must warrant the emission control system on your Mazda Vehicle for the periods of time listed below, provided there has been no abuse, neglect or improper maintenance of your Mazda Vehicle.

Your emission control system may include parts such as the fuel-injection system, ignition system, catalytic converter, and powertrain control module. Also included may be hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, Mazda will repair your Mazda Vehicle at no cost to you including diagnosis, parts, and labor.

Under the authority of Section 177 of the Federal Clean Air Act, some states require that new vehicles registered in their jurisdictions comply with California's emission control system warranty requirements. If your vehicle was initially registered in such a state, or in California, the warranty provisions set forth in this section apply to it.

### 1. Mazda's Warranty Coverage

(a) For 3 years or 50,000 miles whichever first occurs:
1) If your Mazda Vehicle fails a California Smog Check inspection, all necessary repairs and adjustments will be made by Mazda to ensure that your Mazda Vehicle passes the inspection. This is your emission control system **PERFORMANCE WARRANTY.**
2) If any emission-related part on your Mazda Vehicle is defective, the part will be repaired or replaced by Mazda. This is your short-term emission control system **DEFECTS WARRANTY.**

(b) For 7 years or 70,000 miles whichever first occurs:
1) If an emission-related part listed in this warranty booklet specially noted with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by Mazda. This is your long-term emission control system **DEFECTS WARRANTY.**

(c) For 15 years or 150,000 miles whichever first occurs:
1) **PERFORMANCE WARRANTY** and **DEFECTS WARRANTY** are extended to 15 years or 150,000 miles, whichever comes first, for **Partial-Credit Zero Emission Vehicle (PZEV) Emission Warranty.**

# CALIFORNIA EMISSION CONTROL WARRANTY

28

**2. Owner's Warranty Responsibilities:**

As the Mazda Vehicle owner, you are responsible for the performance of the required maintenance listed in your Owner's Manual. Mazda recommends that you retain all receipts covering maintenance on your Mazda Vehicle, but Mazda cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your Mazda Vehicle to a Mazda Dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the Mazda Vehicle owner, you should also be aware that Mazda may deny warranty coverage if your Mazda Vehicle or a part has failed due to abuse, neglect, improper maintenance, or unapproved modifications.

**3. Customer Assistance**

If you have any questions regarding your warranty rights and responsibilities, you should contact

**Mazda North American Operations' CUSTOMER ASSISTANCE CENTER toll free at (800) 222-5500**

or the California Air Resources Board at 9480 Telstar Avenue Suite 4, El Monte California 91731.

**4. Start of Warranty Period**

This warranty begins on the date the vehicle is delivered to the ultimate purchaser or on the date the vehicle is first placed in service as a demonstrator, lease or company car, whichever comes first.

**5. Repair or Replacement by Mazda Dealer**

A Mazda Dealer will repair or replace, at its option, all Warranted Parts which fail during the term of this warranty, and all other components which are damaged during the term of this warranty as a result of such failure, without charge to Owner, using Mazda Parts at its place of business.

The Mazda Dealer shall determine if the repair or replacement is covered by warranty. Repair or replacement shall include diagnosis.

When a Warranted Part is replaced, the newly installed part is warranted for the remaining period of the applicable California Emission Control Warranty.

**6. Repair or Replacement by Dealers Other Than Mazda**

If, under this warranty a part requires repair or replacement, Owners may choose to have this work performed by any automotive service establishment or individual, rather than at a Mazda Dealer. They may also perform the work themselves using any replacement parts. Such service in and of itself will not invalidate this warranty.

# CALIFORNIA EMISSION CONTROL WARRANTY

29

**However, Owners should note the following:**

(a) The cost of such service by dealers other than Mazda will not be covered under this warranty except in an "emergency" as set forth below.

(b) An "emergency" exists when Warranted Parts are not available within 30 days from a Mazda Dealer, when a repair is not completed within 30 days, or when a Mazda Dealer is not reasonably available to perform service under this warranty.

(c) The cost of such service by dealers other than Mazda in an "emergency" shall be reimbursed to the Owner as follows: as to all Warranted Parts which require repair or replacement under this warranty, the Owner shall be reimbursed for all such replacement parts in an amount not to exceed the retail price suggested for such parts by Mazda North American Operations. As to labor, including diagnostic charge related to the emergency repair, the Owner shall be reimbursed in an amount not to exceed Mazda's recommended time allowance and geographically appropriate hourly labor rate for the repair or replacement performed under this warranty. **All failed parts and paid invoices must be presented to a Mazda Dealer after repair as a condition of reimbursement for emergency repairs not performed by a Mazda Dealer.**

**7. Use of Mazda Parts**

The emission control system of the Mazda Vehicle is designed, built and tested using Mazda Parts so that the Mazda Vehicle is certified as being in conformity with the California emission control regulations. **Accordingly, it is recommended that any replacement part used for maintenance, repair, or replacement of emission control systems be Mazda designated parts.**

**8. Use of Non-Mazda Parts**

Owners may elect to use parts other than Mazda Parts in the performance of any maintenance or repairs and such use in and of itself will not invalidate this warranty.

**However, Owners should note the following:**

(a) The cost of non-Mazda designated parts will not be covered under this warranty except in emergency cases.

(b) Use of replacement parts which are not of equivalent quality to Mazda Parts may impair the effectiveness of emission control systems. If non-Mazda designated parts are used, the Owner should obtain assurance that such parts are warranted by their manufacturer to be equivalent to Mazda Parts in performance and durability.

(c) Mazda assumes no liability under this warranty with respect to non-Mazda designated parts except for damage to non-Mazda designated parts by a Mazda Part.

(d) Use of non-Mazda designated parts resulting in damage to Warranted Parts will invalidate the warranty for these parts.

## CALIFORNIA EMISSION CONTROL WARRANTY

30

### 9. What Is Not Covered by This Warranty:

(a) Items described as not covered in paragraph 6 (a), 8 (a), 8 (c), and 8 (d).

(b) Malfunctions in any part caused by misuse, abuse, neglect, modification, alteration, tampering, disconnection, improper or inadequate maintenance, or use of leaded gasoline.

(c) Damage resulting from accident, acts of nature or other events beyond the control of Mazda.

(d) If the vehicle has been classified a total loss and/or sold for salvage purposes or branded for any other reasons.

(e) The repair or replacement of Warranted Parts which are scheduled for replacement within the warranty term provided in Section 1, such as spark plugs and filters. These parts shall be warranted only until the first scheduled time or mileage for replacement.

(f) Any incidental or consequential damages, such as loss of time, inconvenience, loss of use of the Mazda Vehicle, cost of transporting the Mazda Vehicle to a Mazda Dealer for service, and commercial loss.

(g) Any repair of a Mazda Vehicle on which the odometer mileage has been altered or on which the actual mileage cannot be readily determined.
(When the Owner replaces the speedometer or has it replaced by a repair facility, then the "Speedometer Replacement Record" on page 6 must be filled in by a Mazda Dealer.)

### 10. Other Terms

This warranty is given in lieu of all other Express and Implied Warranties (except those set forth separately in this booklet) on the Warranted Parts by Mazda and all other authorized Mazda representatives. Any warranty of merchantability or fitness is hereby disclaimed. No Mazda Dealer, or any agent or employee thereof, is authorized to extend or expand this warranty.

**(1) 7 YEARS/70,000 MILES EMISSION CONTROL WARRANTY AND VEHICLE INSPECTION PROGRAM**

If the Mazda Vehicle fails a California Smog Check test, the Owner may take the Mazda Vehicle to a Mazda Dealer for repair.

(A) If the Mazda Dealer determines that the Smog Check failure was caused by the failure or malfunction of a part on the list of "7years/70,000miles Emission Defect Warranty Parts List", then Mazda shall be liable for the expenses of detecting and correcting the part failure or malfunction, unless the Mazda Dealer demonstrates that the Smog Check failure was caused by one or more conditions as provided under Section 9, the "What Is Not Covered" section of this warranty. This section applies to situations after a period of use of 3 years or 50,000 miles, but before a period of use of 7 years or 70,000 miles.

---

## CALIFORNIA EMISSION CONTROL WARRANTY

31

(B) If the Mazda Dealer demonstrates that the smog check failure was caused by one or more conditions as provided under Section 9, the "What Is Not Covered" section of this Warranty, the Owner shall be liable for all diagnostic and repair expenses.

(C) If the Mazda Dealer determines that the smog check failure was caused by one or more defects covered under warranty and in combination with one or more conditions as provided under Section 9, the "What Is Not Covered" section of this warranty, then Mazda shall be liable for the diagnostic and repair costs related to detecting and repairing the warrantable defects.

In the alternative, the Owner of a Mazda Vehicle which fails the smog check may choose to have the Mazda Vehicle repaired at another repair facility other than a Mazda Dealer. If a warrantable defect is found, the Owner may deliver the Mazda Vehicle to a Mazda Dealer and have the defect corrected free of charge. Mazda shall not be liable for any expense incurred at a service establishment not authorized to perform warranty repairs, except when an "emergency" situation exists as specified in Section 6 (b), in this warranty.

Mazda will not reimburse the Owner for any emission-related diagnosis or repair by an automotive service establishment or individual other than a Mazda Dealer except when an "emergency" situation exists.

If Mazda or the Mazda Dealer fails to notify the Owner within 30 days that the repair, replacement, or diagnosis is not covered by this performance warranty, unless so requested by the Owner, or due to events beyond the control of Mazda or the Mazda Dealer, Mazda shall be responsible for repairing the Mazda Vehicle free of charge to the Owner.

Maintenance records and receipts should be retained in the event questions arise concerning maintenance, and should be transferred to each subsequent owner.

**(2) 15 YEARS/150,000 MILES PZEV EMISSION CONTROL WARRANTY**

If the Mazda Vehicle you own is qualified as PZEV, all emission-related parts are warranted for 15 years/150,000 miles whichever comes first. Please refer to Page 34 for 15 years/150,000 miles PZEV Emission Warranty Parts List, and contact your Mazda Dealer, for more detailed information.

# CALIFORNIA EMISSION CONTROL WARRANTY

32

## 11. Definitions

(a) "Mazda Vehicle" means a 2008 model year Mazda motor vehicle manufactured by or for Mazda in accordance with the laws and regulations of the State of California.

(b) "Partial-Credit Zero emission Vehicle" (PZEV) is a vehicle which is delivered for sale in California as PZEV, qualifying for a PZEV allowance of at least 0.2 and is certified for 150,000 miles SULEV exhaust emission standards, zero evaporative emission standards and OBDII requirements.
Also, all emission-related parts of the PZEV are warranted for 15 years or 150,000 miles, whichever comes first. 2008 model year Mazda 3 is qualified as PZEV.

(c) "Owner" means each owner of a Mazda Vehicle as defined above Section 11. (a), registered for use in the States that comply with California's emission control system warranty requirements.

(d) "Mazda Part" means a part sold by a Mazda Dealer, whether new or remanufactured, which is supplied by Mazda.

(e) "Warranted Part" means any part installed on a Mazda Vehicle by or at the direction of Mazda, which affects any regulated emission from the Mazda Vehicle or its engine.

# CALIFORNIA EMISSION CONTROL WARRANTY

33

## 7 years/70,000 miles Emission Defect Warranty Parts List

| | | Mazda CX-7 | Mazdaspeed3 | Mazda MX-5 | Mazda RX-8 | Mazda CX-9 |
|---|---|---|---|---|---|---|
| INTAKE AIR SYSTEM | Throttle Body | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Intake Manifold | ✓ | ✓ | ✓ | ✓ | |
| | Surge Tank | | ✓ | ✓ | | |
| | Air Cleaner | ✓ | | | ✓ | ✓ |
| | Turbocharger | ✓ | | | | |
| | Intercooler | ✓ | | | | |
| | Intercooler Duct | ✓ | | | | |
| EVAPORATIVE EMISSION SYSTEM | Charcoal Canister | ✓ | ✓ | | ✓ | ✓ |
| | Fuel Filler Pipe Assembly | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Fuel Tank | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Fuel Tank Leakage Sensor | ✓ | | ✓ | ✓ | |
| | Extension Manifold Assembly | | | | | |
| EXHAUST SYSTEM | Catalytic Converter | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Exhaust Manifold | ✓ | ✓ | ✓(*1) | ✓ | ✓ |
| FUEL SYSTEM | Fuel Injector | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Fuel Distributor Assembly | ✓ | ✓ | | | |
| | Fuel Pipe (Fuel Distributor Side) | ✓ | | | | |
| | Fuel Pump Assembly | ✓ | | | | |
| CONTROL SYSTEM | Powertrain Control Module | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ABS Unit | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Speedometer | ✓ | ✓ | ✓ | | ✓ |
| | Main Wiring Harnesses | ✓ | ✓ | ✓ | | ✓ |
| | Pulse Generator | ✓ | | | | ✓ |
| | Transmission (Transaxle) Control Module | ✓ | ✓ | ✓ | ✓ | |
| | EGR Control Valve | | ✓ | | | |
| | Accel Pedal Assembly | | ✓ | | | |
| | Revolution Sensor | ✓ | | | ✓ | |
| | Transmission Fluid Temperature Sensor | ✓ | | | ✓ | ✓ |
| | Air Fuel Ratio Sensor | ✓ | | ✓ | | |
| | AT Shift Solenoid Valve | ✓ | | ✓ | ✓ | ✓ |

The parts marked with check mark [✓] are applicable to this warranty.
(*1) Exhaust manifold with catalytic converter

## 34 CALIFORNIA EMISSION CONTROL WARRANTY

### 15 years/150,000 miles PZEV Emission Warranty Parts (Only for PZEV-Mazda3)

**Air/Fuel Metering System**
- Closed Loop System
  - Oxygen Sensor
  - Air Flow Sensor (Air Flow Meter)
  - Fuel Injectors
- Cold Start Enrichment System
  - Cold Start Injector
- Electronic Idle Speed Control System
  - Idle Air Control Valve (Idle Speed Control Valve)
  - Air Valve
- Deceleration Controls

**Ignition Spark Advance/Retard System**
- Certain Spark Advance/Retard Control Components
  - High Energy Electronic Ignition
  - Spark Plugs*

**Fuel Evaporative System**
- Canister and Associated Control Valve
  - Purge Valve
  - Purge Solenoid
  - Fuel Filler Cap

- Catalytic Converter
- Electronic Emission Control Unit
- Onboard Emission Diagnostic Device (Incorporated into Electronic Emission Control Unit)

**Positive Crankcase Ventilation (PCV) System**
- PCV Valve

**Exhaust Gas Recirculation (EGR) System**
- EGR Function Control Valve (EGR Control Valve) and Associated Parts
  - EGR Valve
  - EGR Valve Control Solenoid

**Secondary Air Injection System**
- Air Pump
- Air Control Valves and Distribution Pipes

**Miscellaneous Items Used in Above Systems**
- Hoses, Clamps, Fittings, Gaskets, Sealing Materials, Tubing, Brackets and Belts
- Exhaust Pipe (between Exhaust Manifold and Catalyst)
- Sensors, Switches and Valves

* Spark plugs are warranted under the basic warranty or until the first required maintenance, whichever comes first.

## TIRE LIMITED WARRANTY 35

The originally equipped tires are warranted by the tire manufacturer. Refer to the separate tire warranty pamphlet in the glove box for details.

**1. To Get Warranty Service**

To obtain warranty service, you are responsible for presenting the unserviceable tire to any authorized dealer of the tire manufacturer in the United States, Puerto Rico, U.S. Virgin Islands, Guam, Saipan, American Samoa, Canada or Mexico. For the location of authorized tire dealers, refer to your local telephone directory. Your Mazda Dealer may also assist you in obtaining warranty service from the tire manufacturer.

**2. Tire Warrantor**

To obtain detailed tire warranty information or for customer service, contact the appropriate tire warrantor listed below.

**The Respective Tire Warrantors are:**

**Bridgestone/Firestone, Inc.**
Consumers Affair Department
P.O. Box 7988
Chicago, Illinois 60680-9534
1-800-367-3872
www.bridgestoneamericas.com

**Dunlop Tire Corporation**
1144 East Market Street
Akron, OH 44316-0001
1-800-548-4714
www.dunloptire.com

**Yokohama Tire Corporation**
601 South Acacia Avenue
Fullerton, CA 92831
1-800-722-9888
www.yokohamatire.com

**Toyo Tire (USA) Corporation**
6261 Katella Ave. Suite 2B
Cypress, CA 90630
1-800-442-8696 West Coast
1-888-444-8696 East Coast
www.toyo.com

**Michelin North America, Inc.**
Consumer Relations Department
P.O. Box 19001
Greenville, SC 29602-9001
1-800-847-3435
www.michelin-us.com

**Goodyear Tire and Rubber Company**
1144 East Market Street
Akron, OH 44316-0001
1-800-321-2136
www.goodyeartires.com

**Uniroyal Goodrich Tire Company**
Customer Relations Department
P.O. Box 19001
Greenville, SC 29602-9001
1-877-UNIROYAL
www.uniroyaltires.com

## REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY

36

The Mazda Importer/Distributor warrants that Mazda genuine replacement parts and Mazda Accessories are free from defects in material or workmanship, subject to the following terms and conditions.

This warranty covers Mazda genuine new or remanufactured replacement parts and Mazda Accessories sold by a Mazda Dealer. This includes Mazda Accessories installed by a Mazda Dealer or a Mazda Importer/Distributor prior to the retail delivery of a new Mazda Vehicle.

### 1. Warranty Period

Mazda genuine replacement parts (other than the battery) and Accessories sold and replaced/installed by a Mazda Importer/Distributor or a Mazda Dealer are covered for the first **12 months/12,000 miles** from the installation date or the duration of the New Vehicle **36 months/36,000 miles** Limited Warranty, whichever is longer. If the parts or Accessories are sold but not installed by a Mazda Dealer, they are covered for the first **12 months/12,000 miles** from the purchase date, excluding labor charge.

Mazdaspeed Performance Accessories are not covered by the Replacement Parts and Accessories Limited Warranty. The Mazdaspeed Performance Accessories are covered by the Mazdaspeed Performance Accessories Warranty.

- Mazdaspeed BLUE Performance Accessories are covered on terms much like this general warranty.
- Mazdaspeed Green Performance Accessories are warranted for 12 months or 12,000 miles from date of purchase.
- Mazdaspeed Orange Performance Accessories are sold "as is" without any warranty and are designed for Off Road Use ONLY.

Please see your Mazdaspeed Dealer for complete Mazdaspeed Performance Accessories Warranty Information.

### Note:

Parts or accessories replaced/installed under warranty are covered for the time remaining in the New Vehicle **36 months/36,000 miles** Limited Warranty.

Mazda genuine replacement battery sold by a Mazda Importer/Distributor or a Mazda Dealer is covered by the separate replacement battery warranty. See your Mazda dealer for details.

## REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY

37

### 2. What Is Not Covered

- Damage or corrosion due to accidents, misuse, or alterations.
- Damage or surface corrosion from the environment such as acid rain, airborne fallout (chemicals, tree sap), stones, salt, road hazards, hail, wind storm, lightning, floods, and other natural disasters.
- Normal wear, tear, or deterioration, such as discoloration, fading, deformation, blurring, etc.
- Air conditioner refrigerant charge after the first 12 months, unless replenished as part of a warranty repair.
- Replacement batteries (consult with your Mazda Dealer for the separate battery warranties.)
- Replacement parts or accessories installed on any Mazda Vehicle originally registered or normally operated outside of the United States, U.S. Virgin Islands, Guam, Saipan or American Samoa.
- Replacement parts or accessories installed on a Mazda Vehicle in which the odometer has been altered, or on which the actual mileage cannot be readily determined.
- Replacement parts or accessories used in applications for which they are not designed.
- Replacement parts or accessories installed improperly by dealers, Importer/Distributor other than Mazda.
- Any replacement part or accessory without proof of purchase or replacement date.
- Non-Mazda replacement parts or accessories which Mazda Dealers may sell or install on your Mazda Vehicle.
- If the vehicle has been classified for a total loss and/or sold for salvage purposes or branded for any other reasons.
- Removal of the vehicle from the warranty covered market for which it was produced.

### 3. To Get Warranty Service

You must take your Mazda Vehicle, along with this booklet and proof of purchase or replacement date, to a Mazda Dealer in the United States, Puerto Rico, U.S. Virgin Islands, Guam, Saipan, American Samoa, Canada or Mexico during their normal service hours.

If you have any questions or need assistance regarding this warranty, refer to "When You Need to Talk to Mazda" on page 7.

### 4. Limited Liability

The liability of a Mazda Importer/Distributor under this warranty is limited solely to the repair or replacement of parts defective in material or workmanship by a Mazda Dealer at their place of business, and specifically does not include any expense of, or related to, transportation to such a dealer or payment for loss of use of the Mazda Vehicle during warranty repairs.

### 5. Other Terms

The "Other Terms" stated on page 14 in the New Vehicle Limited Warranty also apply to this warranty.

# SCHEDULED MAINTENANCE RECORD

39

The service record below has been designed to include the signature of your Mazda Dealer representative or other repair establishment representative. This signed form is evidence of completion of scheduled maintenance services and should be kept with the receipts, repair orders, and invoices in the glove box. All records should be given to any subsequent owner of the Mazda Vehicle. **Failure to properly maintain your vehicle can result in your warranty being voided either in whole or in part.**

**Scheduled Maintenance Intervals**
For your information, refer to the owner's manual for your vehicle's recommended maintenance schedule.

| Pre-Delivery Inspection | 3 | Mileage/Month Service |
|---|---|---|
| Mileage | Mileage | |
| R.O. No./Date: | R.O. No./Date: | |
| Authorized Signature: | Authorized Signature: | |
| Dealership: | Dealership: | |

| 1 | Mileage/Month Service | 4 | Mileage/Month Service |
|---|---|---|---|
| Mileage | | Mileage | |
| R.O. No./Date: | | R.O. No./Date: | |
| Authorized Signature: | | Authorized Signature: | |
| Dealership: | | Dealership: | |

| 2 | Mileage/Month Service | 5 | Mileage/Month Service |
|---|---|---|---|
| Mileage | | Mileage | |
| R.O. No./Date: | | R.O. No./Date: | |
| Authorized Signature: | | Authorized Signature: | |
| Dealership: | | Dealership: | |

---

# MAZDA IMPORTER/DISTRIBUTORS

38

## U.S.A. (Importer/Distributor)

**Mazda North American Operations**
7755 Irvine Center Drive
Irvine, CA 92618-2922
P.O. Box 19734
Irvine, CA 92623-9734
TEL: 1 (800) 222-5500
(In the U.S.A.)
(949) 727-1990
(Outside of the U.S.A.)

## Distributors outside of the U.S.A

**CANADA**
**Mazda Canada, Inc.**
55 Vogell Road, Richmond Hill,
Ontario, L4B 3K5, Canada
TEL: 1 (800) 263-4680 (In Canada)
(905) 787-7000 (Outside of Canada)

**MEXICO**
**Mazda Motor de Mexico**
Circuito Guillermo Gonzalez Camarena
N 1500
Col. Centro de Ciudad Santa Fe. 01210,
Mexico, D.F.
TEL: (800) 222-5500 (In the U.S.A.)
01-866-315-0220 (Outside of the
U.S.A.)

**PUERTO RICO**
**Plaza Motors Corp.**
**(Mazda de Puerto Rico)**
P.O. Box 362722, San Juan, Puerto Rico
00936-2722
TEL: (787) 641-9300

**GUAM**
**Triple J Enterprises, Inc.**
**(d.b.a. Triple J Motors)**
P.O. Box 6066
Tamuning, Guam 96931
TEL: (671) 646-9126

**SAIPAN**
**Pacific International Marianas,**
**Inc.**
**(d.b.a. Midway Motors)**
P.O. Box 887
Beach Road Saipan, MP 96950
TEL: (670) 234-7524

**Triple J Saipan, Inc.**
**(d.b.a. Triple J Motors)**
P.O. Box 487,
Saipan MP 96950-0487
TEL: (670) 235-4868

**AMERICAN SAMOA**
**Polynesia Motors, Inc.**
P.O. Box 1120,
Pago Pago, American Samoa
96799
TEL: (684) 699-1854

**6** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**7** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**8** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**9** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**10** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**11** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**12** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**13** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**14** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**15** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**16** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**17** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**18** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**19** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**20** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

**21** Mileage/Month Service
Mileage
R.O. No./Date:
Authorized Signature:
Dealership:

## SCHEDULED MAINTENANCE RECORD

**42**

**22** Mileage/Month Service

Mileage

R.O. No./Date:

Authorized Signature:

Dealership:

**23** Mileage/Month Service

Mileage

R.O. No./Date:

Authorized Signature:

Dealership:

**24** Mileage/Month Service

Mileage

R.O. No./Date:

Authorized Signature:

Dealership:

**25** Mileage/Month Service

Mileage

R.O. No./Date:

Authorized Signature:

Dealership:

**26** Mileage/Month Service

Mileage

R.O. No./Date:

Authorized Signature:

Dealership:

**27** Mileage/Month Service

Mileage

R.O. No./Date:

Authorized Signature:

Dealership:

**28** Mileage/Month Service

Mileage

R.O. No./Date:

Authorized Signature:

Dealership:

**29** Mileage/Month Service

Mileage

R.O. No./Date:

Authorized Signature:

Dealership:

## DEALER CERTIFICATION

**43**

The undersigned Dealer wants you to know that at the time your new Mazda Vehicle is being delivered:

1. Based upon written notification furnished by the manufacturer, we have knowledge that this Mazda Vehicle is covered by an Environmental Protection Agency (EPA) Certificate of Conformity.

2. We have made a visual inspection. This inspection is limited to those emission control devices or portions thereof which are visible without removal or adjustment of any vehicle component or system of the Mazda Vehicle, whether emissions related or otherwise. Based upon such visual inspection, there are no apparent deficiencies in the installation of emission control devices by the manufacturer. ("Emission control device" is limited to all devices installed on a Mazda Vehicle for the sole or primary purpose of controlling Mazda Vehicle's emissions which were not in general use prior to 1968.)

3. We have performed all emission control system preparations required by the manufacturer prior to the sale of the Mazda Vehicle, as set forth in the current pre-delivery service manual provided by the manufacturer.

4. Except as may be provided in Paragraph 5 below, the Mazda Vehicle warrantor shall remedy problems free of charge to the customer, under terms of the warrantor's emission performance warranty, if this Mazda Vehicle fails to pass an EPA-approved emission test under BOTH of the following conditions:

  a. If such test is prior to the expiration of three months or 4,000 miles (whichever comes first) from date or mileage at time of delivery to the ultimate buyer.

  b. If the Mazda Vehicle has been maintained and used in accordance with the manufacturer's written instructions for proper maintenance and use.

5. ☐ Check if the Mazda Vehicle is a company car or demonstrator and complete the following:

  The Mazda Vehicle with which this statement is delivered was placed in service as a demonstrator or company car prior to delivery. The manufacturer's emission performance warranty period commenced on the date the vehicle was first placed in service, namely on

  _____  _____  _____
  Month            Day             Year

**NOTE**

The dealer makes no representation or warranty that the emission control system or any part thereof is without defect nor that the system will properly perform. The warrantor's emission performance warranty referred to above furnished with this Mazda Vehicle is solely that of the warrantor.

This statement is required by Section 207 of the Clean Air Act (42 U.S.C. 7541) and the EPA regulations issued thereunder.

Dealership Name _____

EXHIBIT A - 63

## Change of Address or Subsequent Ownership Notification

In case of a change in your address or if you purchased your Mazda Vehicle as a used vehicle, please complete this form and mail it.

Last Name, First Name

Street Address

City                                                State

Zip Code

Vehicle Identification Number

☐ Change / ☐ Purchase date

Month   Day   Year

The above information is very important in order to contact you concerning recall information, should such a situation occur.

## Change of Address or Subsequent Ownership Notification

In case of a change in your address or if you purchased your Mazda Vehicle as a used vehicle, please complete this form and mail it.

Last Name, First Name

Street Address

City                                                State

Zip Code

Vehicle Identification Number

☐ Change / ☐ Purchase date

Month   Day   Year

The above information is very important in order to contact you concerning recall information, should such a situation occur.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL

FIRST CLASS          PERMIT NO. 9250          IRVINE, CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Mazda North American Operations**
**Attn: Customer Assistance Center**
**P.O. Box 19734**
**Irvine, CA 92623-9458**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL

FIRST CLASS          PERMIT NO. 9250          IRVINE, CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Mazda North American Operations**
**Attn: Customer Assistance Center**
**P.O. Box 19734**
**Irvine, CA 92623-9458**

EXHIBIT A - 65

*ZOOM-ZOOM*

**UX**
©2007

Part No. C482-UX-07E
(9999-95-097J-08)
**Mazda Motor Corporation**
Printed in Japan
First Edition 05/07

EXHIBIT B

Mazda USA :: Mazda Shopping Tools :: Bumper-to-Bumper Warranty ...        http://web.archive.org/web/20070327060157/http://www.mazdausa.c...



INTERNET ARCHIVE  WaybackMachine        http://www.mazdausa.com/MusaWeb/displayPage.action?pageParameter=shoppin   Go        FEB

81 captures
10 Sep 04 - 22 Aug 12                                                                        2006



**BROWSER UPDATE RECOMMENDED** ▶ UPGRADE  ▶ NO THANK YOU   English | Español

VEHICLES    SHOPPING TOOLS    OWNERS    MAZDASPEED    INSIDE MAZDA    ZOOM-ZOOM

# WARRANTY

**SHOPPING TOOLS**
Overview
Special Financing Offers
Warranty
 - Mazda Service Contracts
Mazda American Credit
Apply For Credit
Accessories
Brochures
My Saved Items

**LOCATE A DEALER**
Enter ZIP or Dealer Name

[          ] ▶

## YOUR WARRANTY

Every new Mazda comes with a comprehensive warranty that provides coverage in the unlikely event a
repair is needed in the first years after your vehicle's purchase. Please check your warranty information
booklet for your specific vehicle's warranty information. We'll be right there with you all the time,
wherever you go by providing warranty coverage and roadside assistance so that the total enjoyment of
driving a Mazda never stops.

**2007 and 2008 Vehicles:**

BUMPER-TO-BUMPER

Mazda warrants that new 2007 and 2008 Mazda cars and trucks will be free of defects with normal use
and prescribed maintenance for 36 months or 36,000 miles, which ever comes first. Ordinary
maintenance items or adjustments, parts subject to normal wear and replacement and certain other items
are excluded. This transferable "limited warranty" is included on all new Mazda vehicles sold and
serviced in the United States.

POWERTRAIN LIMITED WARRANTY

Mazda warrants that the Powertrain Components of new 2007 and 2008 Mazda cars and trucks will be
free of defects with normal use and prescribed maintenance for 60 months or 60,000 miles, which ever
comes first. Ordinary maintenance items or adjustments, parts subject to normal wear and replacement
and certain other items are excluded. This "limited warranty" is transferable during the warranty period
on all new Mazda vehicles sold and serviced in the United States.

Complement the limited warranty on your new vehicle with the Mazda Extended Protection Plan, the only
service agreement backed by Mazda. See your Mazda dealer for details.

**2006 Vehicles:**

BUMPER-TO-BUMPER

Mazda warrants that new 2006 Mazda cars and trucks will be free of defects with normal use and
prescribed maintenance for 48 months or 50,000 miles, which ever comes first. Ordinary maintenance
items or adjustments, parts subject to normal wear and replacement and certain other items are
excluded. This transferable "limited warranty" is included on all new Mazda vehicles sold and serviced in
the United States.

Complement the limited warranty on your new vehicle with the Mazda Extended Protection Plan, the only
service agreement backed by Mazda. See your Mazda dealer for details.

**Accessories:**

Mazda notes that all Genuine Mazda Accessories, if installed by the Mazda Dealer prior to or at initial
vehicle retail delivery, carry the same new-vehicle limited warranty as the vehicle. See dealer for limited-
warranty details. With all accessories, please check with your Mazda dealer for applicable models. In
some cases, parts in addition to those shown will be required for proper installation. In all cases,
professional installation by your Mazda Dealer is recommended. Mazda reserves the right to change
product availability or specifications at any time without incurring obligations. See your Mazda dealer for
details.

## MAZDA SERVICE CONTRACTS

Mazda Extended Protection Plan (MEPP) vehicle service contracts are designed to provide you with
peace of mind for years of motoring enjoyment, even after your vehicle's warranty has expired. Click on



EXHIBIT
**B**

EXHIBIT C

Mazda USA :: Mazda Shopping Tools :: Bumper-to-Bumper Warranty ...          http://web.archive.org/web/20100115130227/http://www.mazdausa.c...



http://www.mazdausa.com/MusaWeb/displayPage.action?pageParameter=shoppin     Go         DEC
81 captures
10 Sep 04 - 22 Aug 12                                                                          2009



BROWSER UPDATE RECOMMENDED        ▶ UPGRADE  ▶ NO THANK YOU   English | Español

VEHICLES   SHOPPING TOOLS   OWNERS   MAZDASPEED   INSIDE MAZDA   ZOOM-ZOOM

# WARRANTY

**SHOPPING TOOLS**

Overview
Estimate Payments
Special Offers
Appraise Your Trade-In
Warranty
- Mazda Service Contracts
Financing Your Mazda
Accessories
Brochures
My Saved Items
Certified Pre-Owned

**LOCATE A DEALER**

Enter ZIP

## YOUR WARRANTY

Every new Mazda comes with a comprehensive limited warranty that provides coverage in the unlikely
event a repair is needed in the first years after your vehicle's purchase. We'll be right there with you all
the time, wherever you go by providing warranty coverage and roadside assistance so that the total
enjoyment of driving a Mazda never stops.

### 2009 Mazda Vehicles:

**Mazda Limited Warranty Coverage:**

| 3-year/36,000-mile* | "Bumper-to-Bumper" Limited Warranty |
|---|---|
| 5-year/60,000-mile* | Limited Powertrain Warranty |
| 3-year/36,000-mile* | 24/7 Roadside Assistance Program |

*Whichever comes first.

### BUMPER-TO-BUMPER LIMITED WARRANTY

Mazda warrants that new Mazda cars and trucks will be free of defects with normal use and prescribed
maintenance for 36 months or 36,000 miles, whichever comes first. Ordinary maintenance items or
adjustments, parts subject to normal wear and replacement and certain other items are excluded. This
transferable "limited warranty" is included on all new Mazda vehicles sold and serviced in the United
States.

### POWERTRAIN LIMITED WARRANTY

Mazda warrants that the Powertrain Components of new Mazda cars and trucks will be free of defects
with normal use and prescribed maintenance for 60 months or 60,000 miles, whichever comes first.
Ordinary maintenance items or adjustments, parts subject to normal wear and replacement and certain
other items are excluded. This "limited warranty" is transferable during the warranty period on all new
Mazda vehicles sold and serviced in the United States.

### 24/7 ROADSIDE ASSISTANCE

If Mazda vehicle is not driveable due to a warranted part failure during the coverage period of the New
Vehicle Limited Warranty (36 months/36,000 miles), towing service will be covered to the nearest Mazda
Dealer. In addition, if a Mazda vehicle is not driveable due to the failure of a warranted powertrain
component, then towing service will be covered during the coverage period of the Powertrain Limited
Warranty (60 months/60,000 miles).

## MAZDA SERVICE CONTRACTS

Complement the limited warranty on your new vehicle with the Mazda Extended Protection Plan, the only
service agreement backed by Mazda. See your Mazda dealer for details.

For Further Detail



EXHIBIT
C
tobler

EXHIBIT C - 68

EXHIBIT D



http://www.mazdausa.com/MusaWeb/displayPage.action?pageParameter=owners   Go

49 captures
1 Nov 07 - 26 Sep 13

APR **MAY** JUN   Close
◄   **7**   ►   Help
2009  **2010**  2011



BROWSER UPDATE RECOMMENDED   ▶ UPGRADE   ▶ NO THANK YOU   English | Español

VEHICLES   SHOPPING TOOLS   OWNERS   MAZDASPEED   INSIDE MAZDA

MyMazda Home
Service & Parts
Live Your Zoom-Zoom
Offers & Promotions
Warranty
Manuals & References

**Your Warranty**
Expect Superior Performance

## Mazda Warranty Information

Every new Mazda comes with a limited warranty that provides coverage in the unlikely event a repair is needed in the first years of ownership. Exact details are in your warranty information booklet, but rest-assured, we'll be right there with you. Along with your warranty coverage, Mazda provides Roadside Assistance for specific warranties, so the only thing you will need to do is enjoy the drive. Keep in mind, Mazda warranty coverage is based on following recommended factory maintenance — a convenient way to store your service records is in the MyMazda Service History Pages. It's easy to complete and a good way to manage your service history.

## New Vehicle Warranty

Mazda warrants that new Mazda cars and trucks will be free of defects with normal use and prescribed maintenance for 36 months or 36,000 miles, whichever comes first. Ordinary maintenance items, adjustments, parts subject to normal wear and certain other items are excluded. This transferable "limited warranty" is included on all new Mazda vehicles sold and serviced in the United States.

| 3-year/36,000-mile* | "Bumper-to-Bumper" Limited Warranty |
|---|---|
| 5-year/60,000-mile* | Limited Powertrain Warranty |
| 3-year/36,000-mile* | 24/7 Roadside Assistance Program |

* Whichever comes first.

### Bumper-to-Bumper Limited Warranty

Mazda warrants that new Mazda cars and trucks will be free of defects with normal use and prescribed maintenance for 36 months or 36,000 miles, whichever comes first. Ordinary maintenance items or adjustments, parts subject to normal wear and replacement and certain other items are excluded. This transferable "limited warranty" is included on all new Mazda vehicles sold and serviced in the United States.

### Powertrain Limited Warranty

Mazda warrants that the Powertrain Components of new Mazda cars and trucks will be free of defects with normal use and prescribed maintenance for 60 months or 60,000 miles, whichever comes first. Ordinary maintenance items, adjustments, parts subject to normal wear and certain other items are excluded. This "limited warranty" is transferable during the warranty period on all new Mazda vehicles sold and serviced in the United States.

**RX-8 Rotary Engine Core Limited Warranty Extension**
Mazda Motor Corporation is extending the warranty coverage on Rotary Engine Core Components on all RX-8 vehicles produced after the 2004 model year. The warranty coverage for the Rotary Engine Core Components is extended to 8 years (96 months) from the original warranty start date, with a 100,000 mileage limitation. The following is a list of components covered by this warranty:

**Rotary Engine Core**
    Rotary Housing and Internal Parts
    Internal Seals and Gaskets

Complement the limited warranty on your new vehicle with the Mazda Extended Protection Plan, the only service agreement backed by Mazda. See your Mazda dealer for details.

### 24/7 Roadside Assistance

If Mazda vehicle is not driveable due to a warranted part failure during the coverage period of the New Vehicle Limited Warranty (36 months/36,000 miles), towing service will be covered to the nearest Mazda Dealer. In addition, if a Mazda vehicle is not driveable due to the failure of a warranted powertrain component, then towing service will be covered during the coverage period of the Powertrain Limited Warranty (60 months/60,000 miles).



EXHIBIT
D

### 2006 Vehicles

Mazda warrants that new 2006 Mazda cars and trucks will be free of defects with normal use and prescribed maintenance for 48 months or 50,000 miles, whichever comes first. Ordinary maintenance items, adjustments, parts subject to normal wear and certain other items are excluded. This transferable "limited warranty" is included on all new Mazda vehicles sold and serviced in the United States.

Complement the limited warranty on your new vehicle with the Mazda Extended Protection Plan, the only service agreement backed by Mazda. See your Mazda dealer for details.

## Mazda Extended Protection Plan

Many Mazda consumers prefer to extend the coverage afforded by their warranty, beyond the initial warranty period. For them, Mazda Extended Protection Plan (MEPP) Vehicle Extended Warranty provide an affordable and welcome way to manage the costs of unexpected vehicle repairs. From basic plans like PowerCare, which provides basic powertrain coverage, up to TotalCare, one of the most comprehensive programs available, MEPP is the only Mazda-backed extended warranty available, and the only one developed specifically for the needs of Mazda drivers. You can select from multiple deductible levels, and coverage terms are available up to 10 years and 100,000 miles.

MEPP plans also include benefits such as roadside assistance, rental car reimbursement, towing reimbursement, trip interruption coverage, and tire and wheel coverage. Additionally, plans are renewable and transferable. (Some benefits may not be available on all plans or in all states; see actual contracts for details of coverage, as well as terms and conditions).

Get more information about Mazda Extended Protection Plan

## Parts and Accessories Warranty

### Genuine Mazda Parts Warranty

Mazda's genuine new or remanufactured parts (other than battery) and accessories purchased from or installed by a Mazda dealer are covered under the Replacement Parts and Accessories Warranty. This includes Mazda Accessories installed by a Mazda dealer prior to the retail delivery of a new Mazda vehicle. A Mazda dealer will repair or replace any properly installed Mazda part or accessory found to be defective in material or workmanship during the Replacement Parts and Accessories Warranty or the remainder of the warranty coverage applied by Mazda to the component.

**Mazda's Replacement Parts and Accessories Warranty coverage:**
**Dealer-Installed Replacement Part or Accessory under the New Vehicle Limited Warranty:**

**1996 and newer vehicles**
  12 months/12,000 miles, whichever comes first from the date the part was installed on the vehicle.
  Labor for removal or replacement will also be covered.
  Customer must provide a copy of the Mazda Dealer repair order showing installation of the part at an authorized Mazda dealer.
**1995 and earlier vehicles**
  12 months/unlimited miles, whichever comes first from the date the part was installed on the vehicle.
  Labor for removal or replacement will also be covered.
  Customer must provide a copy of the Mazda dealer repair order showing installation of the part at an authorized Mazda dealer.

**Dealer-Installed Replacement Part or Accessory under the New Vehicle Limited Warranty:**

**1995 and newer vehicles**
  A replacement part or accessory is covered for the remainder of the warranty coverage applied by Mazda to the component.
**1994 and earlier vehicles**
  12 months/unlimited miles or remainder of New Vehicle Limited Warranty, whichever is longer.
  Labor for removal or replacement will also be covered.
  Customer must provide a copy of the Mazda dealer repair order showing installation of the part at an authorized Mazda dealer.
**Replacement Part or Accessory Sold Over-the-Counter:**
**1996 and newer vehicles**
  12 months/12,000 miles, whichever comes first from the date the part was purchased.
  Labor for removal or replacement is NOT covered.
  A copy of the parts invoice is required to validate the parts warranty.
**1995 and earlier vehicles**
  12 months/unlimited miles, whichever comes first from the date the part was purchased.
  Labor for removal or replacement is NOT covered.
  A copy of the parts invoice is required to validate the parts warranty.
During the warranty period, this warranty is transferable to subsequent owners.

## Mazda Brake Warranty

Our brakes stop, our warranty doesn't. All Genuine Mazda and Value Products by Mazda Brake Pads and Shoes Come with a Lifetime Limited Warranty.

All Mazda Genuine Parts or Value Products by Mazda Brake Pads and Shoes are under warranty, as long as the original purchaser of the replacement brake pads or shoes owns the vehicle on which they were originally installed.

Warranty is always valid if installation was done by an authorized Mazda dealer.

If the brake pads and/or shoes become damaged, defective, or worn out during the warranty period, they may be exchanged for new warranty-equivalent Mazda Genuine Parts or Value Products by Mazda brake pads or shoes.

Upon purchase, your authorized Mazda dealer will provide you with a service repair order, which is considered "proof of purchase" under the terms of the warranty. When requesting a warranty replacement, the service repair order must be presented, and the original components must be returned and exchanged for new replacement brake pads or shoes.

The customer is responsible for installation charges upon replacement. See your authorized Mazda dealer for a complete list of warranty rights and limitations.

## Mazda High-Performance Replacement Battery Warranty

### 36/60-Month Replacement Warranty

If dealer installed, coverage is as follows:
   1-36 months: Free replacement and labor
   37-48 months: Customer is responsible for 70% of the MSRP of battery and labor
   49-60 months: Customer is responsible for 80% of the MSRP of the battery and labor
What's not covered by your battery's warranty:
   Damage or failure due to accidents, misuse, theft, fire, freezing and improper discharging, etc.
   Use in applications for which the battery is not designed
   Improper installation or battery recharging

Mazda battery warranties are subject to the limitations and exclusions listed in the Mazda Vehicle's Warranty Information Booklet, "What is Not Covered," under the Replacement Parts and Accessories Warranty.

## Accessories

Mazda notes that all Genuine Mazda Accessories, if installed by the Mazda Dealer prior to or at initial vehicle retail delivery, carry the same new-vehicle limited warranty as the vehicle. See dealer for limited-warranty details. With all accessories, please check with your Mazda dealer for applicable models. In some cases, parts in addition to those shown will be required for proper installation. In all cases, professional installation by your Mazda dealer is recommended. Mazda reserves the right to change product availability or specifications at any time without incurring obligations. See your Mazda dealer for details.

EXHIBIT E

1    ALI ABTAHI (State Bar No. 224688)
       aabtahi@abtahilaw.com
2    IDENE SAAM (State Bar No. 258741)
       isaam@abtahilaw.com
3    **ABTAHI LAW FIRM**
     1012 Torney Avenue
4    San Francisco, CA  94129
     Tel: (415) 639-9800
5    Fax: (415) 639-9801

6    Attorneys for Plaintiff and the Class

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   LYNN PETERSON,                    )  Case No.:
     individually and on behalf of all others )
     similarly situated,                )  **AFFIDAVIT RE: VENUE**
12                                      )  **PURSUANT TO CALIFORNIA**
            Plaintiff,                  )  **CIVIL CODE SECTION 1780(d)**
13                                      )
        vs.                             )
14                                      )
     MAZDA MOTOR OF AMERICA,            )
15   INC.,                              )
                                        )
16          Defendant.                  )

17

18

19

20

21

22

23

24

25

26

27

28

CLRA VENUE AFFIDAVIT

1   I, Ali Abtahi, hereby declare as follows:

2     1.    I am an attorney with the Abtahi Law Firm, and I am an attorney for
3 Plaintiff Lynn Peterson and the proposed class in this action.  The statements set
4 forth in this declaration are made of my own knowledge, and if called upon to
5 testify thereto, I could do so competently.

6     2.    This action was commenced and is pending in the United States
7 District Court, Central District of California, whose judicial district includes the
8 Eastern, Southern, and Western divisions.

9     3.    I am informed and believe that Defendant Mazda Motor of America,
10 Inc. has its principal place of business in Orange County, California, which is
11 located in the Central District of California.

12     4.    I am informed and further believe that Defendant Mazda Motor of
13 America, Inc. does business in the Central District of California.  A substantial
14 portion of the transactions with Defendant that led to the filing of this lawsuit
15 occurred in the Central District of California.

16     I declare under penalty of perjury under the laws of the State of California
17 that the foregoing is true and correct.

18     Executed on December 16, 2013, in San Francisco, California.

21          Ali Abtahi

CLRA VENUE AFFIDAVIT

1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ David O. Carter _____ and the assigned Magistrate Judge is _____ Arthur Nakazato _____ .

The case number on all documents filed with the Court should read as follows:

## SACV13-01972 DOC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____ December 19, 2013 _____
Date

By _____ M. Barr _____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☒ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

CV-18 (08/13)                      NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| LYNN PETERSON, individually and on behalf of all others similarly situated,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>MAZDA MOTOR OF AMERICA, INC.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.    **SACV13-01972 DOC (ANx)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mazda Motor of America, Inc.
c/o Barbara Tang
7755 Irvine Center Drive
Irvine, California 92618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ali Abtahi (State Bar No. 224688)
Idene Saam (State Bar No. 258741)
ABTAHI LAW FIRM
1012 Torney Avenue
San Francisco, CA 94129
Tel: (415) 639-9800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

MARIA BARR

Date: DEC 1 9 2013
_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

<div align="center">

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

</div>

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| LYNN PETERSON, individually and on behalf of all others similarly situated | MAZDA MOTOR OF AMERICA, INC. |

| (b) County of Residence of First Listed Plaintiff   Ventura | County of Residence of First Listed Defendant   Orange |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| (c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. | Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. |
|---|---|
| Abtahi Law Firm<br>Ali Abtahi<br>1012 Torney Avenue<br>San Francisco, CA 94129 -- (415) 639-9800 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Civil Code sections 1750 and 1790; B&P Code 17500 and 17500; Breach of Warranty; Declaratory Relief; 28 USC 1332(d)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☒ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: | **SACV13-01972 DOC (ANx)** |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?  ☐ Yes ☒ No  If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?  ☐ Yes ☒ No  If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**
☐ 2 or more answers in Column C
☒ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**
☐ 2 or more answers in Column D
☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Southern Division |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court** and dismissed, remanded or closed?    ☒ NO    ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed **in this court** that are related to the present case?    ☒ NO    ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____    DATE: December 16, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |